BRIGGS LAW CORPORATION [FILE: 1893.03]
Cory J. Briggs (State Bar no. 176284)
cory@briggslawcorp.com
99 East "C" Street, Suite 111
Upland, CA 91786
Telephone: 909-949-7115

Attorneys for Plaintiffs Christopher Garnier
    and Kimberly Garnier

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>                Plaintiffs,<br><br>        vs.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE; and DOES 1 through 100,<br><br>                Defendants. | CASE NO. \_\_\_\_**'17CV2215 W    JLB**\_\_\_\_<br><br>**COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS** |

Plaintiffs CHRISTOPHER GARNIER and KIMBERLY GARNIER ("Plaintiffs") allege as follows:

**Introductory Statement**

1.      As concerned parents with children attending public schools in the Poway Unified School District ("PUSD"), Plaintiffs have consistently spoken their minds whenever it appeared that the best interests of PUSD students were being subordinated to the whims of capricious, corrupt PUSD officials.  For example, Plaintiffs were outspoken critics of former PUSD superintendent John Collins, who has since been charged with multiple crimes arising from his management of PUSD's affairs. More recently, Plaintiffs have raised serious concerns about the lack of oversight provided by three particular members of PUSD's governing board, fearing that lax oversight could lead to many of the

same problems that infected Mr. Collins' tenure.  Rather than listen to Plaintiffs, Defendants have shut them down.

2.   PUSD and the two board members sued in this lawsuit all maintain Facebook and other social-media websites in order to communicate with the public about official PUSD matters.  Members of the public who do not air their concerns about PUSD matters and keep their criticisms to themselves are allowed to post comments on these social-media websites.  Plaintiffs are not so lucky; if not both of them, at least one has been completely blocked from posting critical or negative comments on these websites.  PUSD and the two board members have blocked Plaintiffs as "pay back" for past criticism and to prevent them from publicizing their concerns in the future.

## Parties

3.   Each of the Plaintiffs was at all relevant times a resident of the County of San Diego in the State of California, residing within PUSD's geographic jurisdiction.

4.   Defendant PUSD is a local public school district with its primary administrative offices in the County of San Diego in the State of California.  Defendants Michelle O'Connor-Ratcliff ("MOR") and T.J. Zane ("ZANE") were at all relevant times members of PUSD's governing board.  Neither MOR nor ZANE is currently being sued in an official capacity.

5.   Each of the Plaintiffs is informed and believes and on that basis alleges that, at all times stated in this pleading, each Defendant was the agent, servant, or employee of every other Defendant and was, in doing the things alleged in this pleading, acting within the scope of said agency, servitude, or employment and with the full knowledge or subsequent ratification of his principals, masters, and employers.  Alternatively, in doing the things alleged in this pleading, each Defendant was acting alone and solely to further his own interests.

6.   The true names and capacities of the Defendants identified as DOES 1 through 100 are unknown to Plaintiffs, who will seek the Court's permission to amend this pleading in order to allege the true names and capacities as soon as they are ascertained.  Each of the Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants 1 through 100 has some degree of liability to Plaintiffs or has some other cognizable interest in this lawsuit.

1

**Jurisdiction and Venue**

2    7.    This Court has federal-question jurisdiction over this lawsuit pursuant to Section 1983

3    of Title 42 of the United States Code.

4    8.    Venue is proper in this District pursuant to Section 1391 of Title 28 of the United States

5    Code because a substantial part of the events or omissions giving rise to the claim occurred in the

6    County of San Diego.

7    **FIRST CAUSE OF ACTION:**
**Violation of Federal Constitutional Rights**
8    (Against All Defendants)

9    9.    The preceding allegations in this pleading are fully incorporated into this paragraph.

10   10.   Plaintiffs are informed and believe and on that basis allege that at all relevant times:

11   A.    PUSD's Facebook website has included the following statement in the "About"

12   section: "The purpose of this site is to promote our District and schools and enhance communication

13   with students, parents/guardians, staff, and community members. The use of this site shall support the

14   District's vision and goals of college and career readiness for all students."  A true and correct copy of

15   this portion of PUSD's Facebook website is attached to this pleading as Exhibit "A."

16   B.    ZANE's Facebook website has been described as "the official page for T.J. Zane,

17   Poway Unified School District Board Member, to promote public and political information."  A true

18   and correct copy of this portion of ZANE's Facebook website is attached to this pleading as Exhibit

19   "B."

20   C.    MOR's Facebook website has included a "Political Info" section and listed her

21   "Current Office" as "Board of Education, President, Poway Unified School District"; the website also

22   identifies her as a "Government Official."  A true and correct copy of this portion of MOR's Facebook

23   website is attached to this pleading as Exhibit "C."

24   D.    PUSD board member Darshana Patel's Facebook website[1] has included a

25   "Political Info" section and listed her "Current Office" as "Poway Unified School District Board

26   Member & Board Clerk, San Diego County, California, Poway Unified, United States"; the website also

27

28   _____

[1] Ms. Patel is not a defendant at this time.  She appears not to be retaliating against Plaintiffs through her social-media accounts in the ways that PUSD, MOR, and ZANE are.

1  identifies her as a "Politician – Government Official."  A true and correct copy of this portion of Ms.

2  Patel's Facebook website is attached to this pleading as Exhibit "D."

3        E.     PUSD, MOR, and ZANE all use their Facebook websites to distribute

4  information about PUSD matters and allow members of the public other than Plaintiffs to post

5  comments; in contrast, Ms. Patel does not currently block Plaintiffs.  A true and correct example of a

6  member of the public being allowed to post a comment (posted by Cory Briggs as "Testing 1, 2, 3") on

7  each of the Defendants' Facebook websites is attached hereto as Exhibit "E."

8        F.     Plaintiff CHRISTOPHER GARNIER was blocked from posting comments on

9  the Facebook websites maintained by PUSD, MOR, and ZANE after they began to be criticized by him

10  concerning PUSD matters.  A true and correct copy of Defendants' Facebook websites showing

11  comments by others but providing nowhere for Plaintiff CHRISTOPHER GARNIER to post a comment

12  is attached hereto as Exhibit "F."  Plaintiff KIMBERLY GARNIER was blocked from posting

13  comments on the Facebook website maintained by MOR after the latter began to be criticized by the

14  former concerning PUSD matters.  A true and correct copy of MOR's Facebook website showing

15  comments by others but providing nowhere for Plaintiff KIMBERLY GARNIER to post a comment

16  is attached hereto as Exhibit "G."  In each instance, Plaintiffs were blocked not only as retaliation for

17  their criticisms but to prevent or impede their dissemination of future criticism on matters concerning

18  official PUSD business.

19        G.     MOR's Twitter account ("@MOR4PUSD") describes her as "President, Poway

20  Unified School District Board of Education."  A true and correct copy of MOR's Twitter account

21  showing this description is attached to this pleading as Exhibit "H."

22        H.     MOR uses her Twitter account to distribute information about PUSD matters and

23  allow members of the public other than Plaintiff CHRISTOPHER GARNIER to obtain information

24  about such matters and to post comments.  A true and correct copy of MOR's Twitter account showing

25  that Plaintiff CHRISTOPHER GARNIER is blocked is attached to this pleading as Exhibit "I."

26        I.     For purposes of members of the public exercising their free-speech and/or

27  government-petitioning rights, the Facebook websites maintained by PUSD, MOR, and ZANE and the

28  Twitter account maintained by MOR constitute public forums.

11. Defendants' retaliatory conduct as alleged in this pleading violated and continues to violate, among other things, Plaintiffs' rights of free expression and to criticize the government as guaranteed by the United States Constitution.

12. Defendants' criticism-suppressing conduct as alleged in this pleading violated and continues to violate, among other things, Plaintiffs' rights of free expression and to criticize the government as guaranteed by the United States Constitution.

13. As a result of Defendants' illegal conduct as alleged in this pleading, Plaintiffs have suffered a legally cognizable injury in an amount to be proven at trial and have "chilled" their political speech for fear of being the victim of further retaliation and criticism suppression by Defendants and other public agencies and officials.

### SECOND CAUSE OF ACTION:
**Violation of State Constitutional Rights**
(Against All Defendants)

14. The preceding allegations in this pleading are fully incorporated into this paragraph.

15. Defendants' retaliatory conduct as alleged in this pleading violated, among other things, Plaintiffs' rights of free expression and to criticize the government as guaranteed by the California Constitution.

16. Defendants' criticism-suppressing conduct as alleged in this pleading violated, among other things, Plaintiffs' rights of free expression and to criticize the government as guaranteed by the California Constitution.

### Prayer

FOR ALL THESE REASONS, Plaintiff respectfully prays for the following relief against Defendants jointly and severally:

A. General, special, incidental, and/or nominal damages according to proof;

B. Punitive damages according to proof;

C. Any and all legal fees and other expenses incurred by Plaintiffs in connection with this lawsuit, including but not limited to reasonable attorney fees and costs; and

D. Any and all further relief that this Court may deem appropriate.

1

Date: October 30, 2017.

Respectfully submitted,

2

BRIGGS LAW CORPORATION

3

4

By:   s/ Cory J. Briggs

5

Attorneys for Plaintiffs Christopher Garnier and Kimberly Garnier

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF
BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "A"



Poway Unified School District                                    🔍        Community   Home   Find Friends   👥 1

👍 Like      ⟳ Follow      💬 Recommend      ···              Watch Video            💬 Message

## About                                                                              ✏ Suggest Edits

**Mission**
College and Career Readiness for All Students

CONTACT INFO

📞 Call (858) 521-2800

⟳ @PowayUnified                    Send Message

✉ pusdsocial@powayusd.com

🌐 http://www.powayusd

MORE INFO

ℹ **About**
Poway Unified School District is a Pre-K - 12 public school district located in northern San Diego County, California.

🏛 Public School

### STORY

The purpose of this site is to promote our District and schools and enhance communication with students, parents/guardians, staff, and community members. The use of this site shall support the District's vision and goals of college and career readiness for all students.

District Social Media Policy:
This site is regularly monitored and any inappropriate comments will be promptly removed, at the discretion of the page administrator. Inappropriate comments include those that:
-Are obscene, libelous, or so incite individuals as to create a clear and present danger of the commission of unlawful acts, violation of school/district rules, or substantial disruption of the district's/school's orderly operation
-Are not related to the stated purpose of the site, including, but not limited to, comments of a commercial nature, political activity or endorsement, and comments that constitute discrimination or harassment
-Violate the privacy of students or staff

Users whose comments do not adhere to these guidelines will be blocked.

Official District social media platforms shall be used only for their stated purposes and in a manner consistent with this policy (BP 1113) and administrative regulation. By creating these official sites and allowing for public comment, the Board does not intend to create a limited public forum or otherwise guarantee an individual's right to free speech. (BP 1114 (b))

PUSD expects users will communicate in a respectful, courteous, and professional manner.

Users are personally responsible for the content of their comments and the District is not responsible for the content of external online platforms.

The views and comments expressed on this site are those of the users and do not necessarily reflect the views of the District.

Any user's reference to a specific commercial product or service does not...

Home
Posts
Photos
Videos
About
Events
Community
YouTube

Create a Page

● Chat (5)



Please contact Director of Communications, Christine Paik at cpaik@powayusd.com regarding violation of District guidelines on the use of official District social media platforms.

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices ▷    Terms    Help

Facebook © 2017
English (US)    Español    Français (France)    中文(简体)    العربية    Português (Brasil)    Italiano    한국어    Deutsch    हिंदी    日本語    ＋

Poway Unified
School District
@PowayUnified

Chat (5)

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "B"



T.J. Zane | Cory | Home 20+ | Find Friends

T.J. Zane
@ZaneforSchoolBoard

- Home
- About
- Endorsements
- Videos
- Posts
- Photos
- Community

Create a Page

Like | Follow | Share | ···    Send Message

## About

Suggest Edits

PAGE INFO

Edit business types

CONTACT INFO

@ZaneforSchoolBoard    Send Message

http://www.tjzane.com

MORE INFO

About
This is the official page for T.J. Zane, Poway Unified School District Board Member, to promote public and political information.

Government Official

STORY

I am committed to the personal growth and academic progress of my three children – and your children.

My interests include: being accessible and accountable; retaining quality teachers; increasing transparency in decision making; preserving local standards for education; and ensuring our children's campus safety.

About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices | Terms | Help

Facebook © 2017
English (US) Español Français (France) 中文(简体) العربية Português (Brasil) Italiano 한국어 Deutsch हिन्दी 日本語 +

Chat (3)

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF
BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "C"



Michelle O'Connor-Ratcliff | Cory | Home 20+ | Find Friends

## Michelle O'Connor-Ratcliff

@MOR4PUSD

- Home
- About
- Endorsements
- Photos
- Videos
- Posts
- Community

Create a Page

Like | Follow | Share | ···

Send Message

### About

Suggest Edits

PAGE INFO

Edit business types

CAREER AND PERSONAL INFO

Political Info

Current Office: Board of Education, President, Poway Unified School District

CONTACT INFO

@MOR4PUSD — Send Message

moconnorratcliff@powayusd.com

www.linkedin.com/pub/michelle-o-connor-ratcliff/4/844/b42

MORE INFO

About

www.linkedin.com/pub/michelle-o-connor-ratcliff/4/844/b42

Government Official

About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices | Terms | Help

Facebook © 2017

English (US) Español Français (France) 中文(简体) العربية Português (Brasil) Italiano 한국어 Deutsch हिन्दी 日本語 +

Chat (4)

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "D"



## About

PAGE INFO

ⓘ Edit business types

CAREER AND PERSONAL INFO

🏛 Political Info

    Current Office     Poway Unified School District Board Member & Board Clerk, San Diego County, California, Poway Unified, United States

CONTACT INFO

💬 @patel4pusd           [Send Message]

✉ patel4pusd@gmail.com

🌐 http://patel4pusd.wordpress.com

MORE INFO

ⓘ Hometown
San Diego

ⓘ About
I am a highly motivated problem-solver with a strong sense of civic duty. I am focused on putting education first for PUSD.

ⓘ Gender
Female

🔒 Politician · Government Official

STORY

Civic minded scientist and public education champion

✏ Suggest Edits

---

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices ▷   Terms   Help

Facebook © 2017

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語   +

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF
BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "E"

  

Search Facebook  Cory

<

**Poway Unified School District**
August 16 · 🌐

We are so excited to share our back to school music video with you, to express how much we love what we do and how excited we are to kick off the 2017-18 school year. We are such a large district, the video is also a great way to introduce many of the departments that work behind the scenes to support our kids. (You might recognize a few faces!)
Thank you to all who participated, and weren't afraid to get a little silly. Enjoy! Please share with your friends and family, as many people as you can, to help it "go viral!" #PUSDBacktoSchool #PowayUnified #TeamPUSD



**Poway Unified: Best Day of My Life Back to School Parody**
**No copyright infringement intended** Parody of American Authors' "Best Day of My Life" This video is s...
YOUTUBE.COM

71 Shares

 Like       Comment       Share

 199

 **Cory Briggs**
Testing 1, 2, 3
Just now · Like · Reply

 **Amber Nuuvali**
Loved this, **Christine!** Great job to you and your team! Happy #PUSDBacktoSchool
August 16 · Like · Reply ·  1

 Christine Paik Replied · 1 Reply

 **Marie Arroyo**
This makes me want to have school age kids again. Well done 
August 16 · Like · Reply

 **Nancy Jones Gray**

Write a comment...     Post

 News Feed       Marketplace       Notifications       More



Search Cory Home 20+ Find Friends

Michelle O'Connor-Ratcliff
@MOR4PUSD

Home
About
Endorsements

Like Follow Share ···

i.e. trustee areas.

Public Hearing #2: Thursday, September 14, 2017 at 6:00pm.
Topic: Solicit input from the public regarding the composition of the districts i.e. trustee areas.

Public Hearing #3: Thursday, October 12, 2017 at 6:00pm.
Topic: Solicit input from the public on draft maps of trustee areas and proposed sequence of elections.

Public Hearing #4: Thursday, November 9, 2017 at 6:00pm.
Topic: Solicit input from the public on draft maps of trustee areas and proposed sequence of elections.

All meetings will be held at the District Office Community Room located at 15250 Avenue of Science, San Diego, CA 92128

Send Message

Poway Federation Of T ... Middle School Like

PUSD Parents Group Community Like

Pages liked by this Page

Christmas Card Lane ... Like

Jack-O-Smash Like

Michelle O'Connor-Ratcliff
Like This Page · August 28 ·

Invitation to provide important public input (via PUSD Director of Communications):

In the weeks to come, we need your help in planning our new by-district Board of Trustee elections. PUSD is changing the process by which voters select our elected officials. Currently, more than 60 other cities and 150 school districts across the state are being impacted and must implement these changes by the ne... See More

Like Comment Share

2 Chronological

Cory Briggs Testing 1, 2, 3
Like · Reply · Just now

Write a comment...

Michelle O'Connor-Ratcliff
August 26 ·

ABC News did this piece on the incomparable Megan Gross from Del Norte HS and how she inspired her student to become an adaptive PE teacher. That's our National Teacher of the Year!

Special education teacher helps student overcome disability

Chat (9)

Case 3:17-cv-02115-W-JLB   Document   Filed   PageID.18   Page 19 of 59

<     🔍 Search Facebook      Cory ﹀

 **T.J. Zane** is at 📍 **Sunset Hills Elementary.**
September 6 · San Diego, CA · 🌐

Campaigning for the election of class officers is underway at Sunset Hills Elementary School. I may need to consider making an endorsement...



1 Share

👍 Like     💬 Comment     ↪ Share

👍❤️😆 11

 **Cory Briggs**
Testing 1, 2, 3
Just now · Like · Reply

 **Kerry A. Zane**
Can we stuff the ballot box? ;)
September 6 · Edited · Like · Reply

     **T.J. Zane**
    [No relation... Zane is the student's first name.]
    September 6 · Like · Reply · 👍 1

    **View more replies...**

💬 Write a comment...     😊   Post

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF
BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "F"

Poway Unified School District

 Christopher    Home   2     3





## Poway Unified School District
@PowayUnified

Home

Posts

Photos

Videos

About

Events

Community

YouTube

Create a Page

 Recommend   Save

### Posts

 **Poway Unified School District**
July 18 ·

Some of you may have seen this video last year, but we wanted to share it again to remind everyone what #PowayUnified is all about. Over the summer, we always see a number of new families and staff members joining our District, and this is a good introduction and welcome to #TeamPUSD.



5.5K Views

Public School in San Diego, California

**Community**      See All

Invite your friends to like this Page

6,203 people like this

6,217 people follow this

Michelle Perry and 51 other friends like this or have checked in


**About**      See All

📞 (858) 521-2800

🌐 www.powayusd.com

🏫 Public School

**Pages liked by this Page**

 Tierra Bonita Elemen...    Like

### YOUR GAMES      MORE

 


### RECOMMENDED GAMES      MORE

  

### YOUR PAGES

 PUSD Group for Cha...   1

 Premier Athletics

### CONTACTS

 James Holland Cra...

 Raquel Roiz

 Matt Foster

 Alan Cromlish

 Branden R. Thompson

 Jamal Garland

 Marena Clark-Lazaire

 Brian Kendall Lewis

 Chanel Joan Alvarez ...

 Alexander Clarke

 Kate McCord

 Eric Rice

Julie Garnier

Search

Share

120                                                            Top Comments

21 Shares

Kathy Blue Talbert Great job Denise showed Charles!! We so proud of
you!!!
July 18 at 8:54pm

Lori Zrake Great job Morgan! Love the gigs you are getting! So deserved.
July 29 at 12:21am

Shelly Hutchins Pinomaki Morgan Cartusciello You ROCK!!!
July 28 at 2:45pm
1 Reply

Jennifer Swanson Hanson Zakiya Lofton you @ 1:40
1 · July 30 at 3:16pm

Prakash C Murugesan Ramya Prakash
July 18 at 10:24pm

Poway Unified
School District
@PowayUnified

**Poway Unified School District**
October 27 at 7:55am · 

Don't forget Jack-O-Smash this weekend! Proceeds will benefit the
Poway Unified School District Special Education Foundation and the
Abraxas Transitions Program.



**'Jack-O-Smash,' 'Hallowe'en' in Poway on Sunday**
Poway will celebrate Halloween two days early with two family-friendly…
SANDIEGOUNIONTRIBUNE.COM

Share

9

Irvine Unified School …          Like

Lammersville Unified…          Like

English (US) · Español · Português (Brasil)
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2017

YOUR GAMES                              MORE

RECOMMENDED GAMES              MORE

YOUR PAGES

PUSD Group for Cha…     1

Premier Athletics

CONTACTS

James Holland Cra…

Raquel Roiz

Matt Foster

Alan Cromlish

Branden R. Thompson

Jamal Garland

Marena Clark-Lazaire

Brian Kendall Lewis

Chanel Joan Alvarez …

Alexander Clarke

Kate McCord

Eric Rice

Julie Garnier

Search

See All

## Photos





See All

## Videos

Poway Unified
School District
@PowayUnified



YOUR GAMES                                MORE

RECOMMENDED GAMES                         MORE

YOUR PAGES

PUSD Group for Cha...                     1

Premier Athletics

CONTACTS

James Holland Cra...

Raquel Roiz

Matt Foster

Alan Cromlish

Branden R. Thompson

Jamal Garland

Marena Clark-Lazaire

Brian Kendall Lewis

Chanel Joan Alvarez ...

Alexander Clarke

Kate McCord

Eric Rice

Julie Garnier

Search

PUSD Physics Boat Races



126        23

Poway Unified
School District

@PowayUnified

Philip Bruce Documentary b...                    This is the annual Mt. Carm...

266    42                                          357    94

See All

See More



YOUR GAMES                              MORE

RECOMMENDED GAMES               MORE

YOUR PAGES

PUSD Group for Cha...      1

Premier Athletics

CONTACTS

James Holland Cra...

Raquel Roiz

Matt Foster

Alan Cromlish

Branden R. Thompson

Jamal Garland

Marena Clark-Lazaire

Brian Kendall Lewis

Chanel Joan Alvarez ...

Alexander Clarke

Kate McCord

Eric Rice

Julie Garnier

Search





(3) T.J. Zane - Posts

Secure | https://www.facebook.com/pg/ZaneforSchoolBoard/posts/

T.J. Zane

Christopher Home 2

T.J. Zane

@ZaneforSchoolBoard

Home

About

Endorsements

Videos

**Posts**

Photos

Community

Create a Page

Share Save ···

October 13 at 5:12pm

**T.J. Zane**

October 4 at 8:00pm ·

Go PUSD!

PUSD scores exceed state, county averages

Poway Unified School District students exceeded the state and county averages in the California Assessment of Student Performance and Progress exams.

SANDIEGOUNIONTRIBUNE.COM

Share

Joe Long, Susanne Schaible and 62 others — Most Recent

**Mark Ames** Success even through the billion dollar bond and the Collins fiasco (and other serious distractions). The solid PUSD core principles, great staff, dedicated leadership, motivated parents and students can achieve greatness no matter how rocky the storms. Congratulations to all!

2 · October 4 at 9:41pm

**Susanne Schaible** Yay

October 4 at 9:12pm

**T.J. Zane** shared Monica Dean's post.

September 14 ·

**Monica Dean**

September 13 ·

Like Page

So proud of all my friends at Morning Creek Elementary School for their giving hearts! Thank you for your generous support of the NBC 7 San Diego, Telemundo 20...

See More

Search for posts on this Page

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2017

(3) Michelle O'Connor-R ×

Secure | https://www.facebook.com/pg/MOR4PUSD/posts/

Michelle O'Connor-Ratcliff

Christopher Home 2

Michelle O'Connor-Ratcliff
@MOR4PUSD

- Home
- About
- Endorsements
- Photos
- Videos
- **Posts**
- Community

Create a Page

Share Save Suggest Edits ···

Share

23 Chronological

1 Share

**Lynn Meyer-Lorimer** Would love to see pictures of their flexible seating!
October 24 at 6:44pm

**Michelle O'Connor-Ratcliff** It hadn't quite made it into the classrooms yet, but had arrived on campus for distribution.
October 25 at 2:50pm

**Ann Trimble Camp Merrill** Glad you could visit!
1 October 24 at 6:01pm

**Tracy Raider Henry** What is flexible seating?
October 26 at 10:18am

**Michelle O'Connor-Ratcliff** Could mean balance balls, wiggle chairs, bean bags... almost anything that allows students to choose their own learning environment. I read that some "benefits include burning more calories, using up excess energy, improving metabolism, increased motiv... See More
1 October 27 at 9:45pm

**Tracy Raider Henry** That is awesome!
1 Yesterday at 7:52am

**Michelle O'Connor-Ratcliff**
October 20 at 9:59am

Don't forget to sign up for Jack-O-Smash (http://www.jack-o-smash.org/), benefiting the PUSD Special Education Foundation, Abraxas Transition Program, and Poway Kiwanis Club's Charity and Scholarship Fund. It's just over 1 week away on Oct. 29 at the Poway SportsPlex! Organizers hope to raise $60K for these three groups, but it won't happen without you! So come on out for a 1K, 5K, or 10K, followed by a free pancake breakfast, live band, family fun festival, celebrity softball game, and more! Don't miss out!

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "G"



Share | Save | Suggest Edits

YOUR GAMES MORE

RECOMMENDED GAMES MORE

Maribeth Plunk likes CorpsCouture's photo.

Carrie Ann Clark What Unites Us "Our Generosity! We Americans Give."

Sanjo Harvey reacted to JJ Jones's post in mind

YOUR PAGES SEE ALL

Poway Unified Schoo… 9+

Poway Unified's Atta… 9+

PUSD's Anti-Discrimi… 9+

CONTACTS

Jenelle Harmon

Lavaughn Green

Tori Wright

Maura Larkins

Beth Snyder

Andy Denzien

Sanjo Harvey

Michelle O'Connor-Ratcliff
@MOR4PUSD

Photos

See All

Videos

Michelle O'Connor-Ratcliff

Kim | Home

Search





Home
About
Endorsements
Photos
Videos
Posts

Michelle O'Connor-Ratcliff
Community
@MOR4PUSD
Create a Page

Share | Save | Suggest Edits

19 | 9

See All

Posts

Michelle O'Connor-Ratcliff added 3 new photos.
October 24 at 1:11pm ·

Hanging with Principal Halsey & the Canyon View Coyotes on this hot, hot morning! Excited about students' new flexible seating rolling out this week (courtesy of the Canyon View Elementary Foundation), and the results of the Red Ribbon Week door decorating contest.

Share

23 Chronological

1 Share

Ann Trimble Camp Merrill Glad you could visit!
1 · October 24 at 8:01pm

Michelle O'Connor-Ratcliff
October 20 at 9:59am ·

Don't forget to sign up for Jack-O-Smash (http://www.jack-o-smash.org/), benefiting the PUSD Special Education Foundation, Abraxas Transition Program, and Poway Kiwanis Club's Charity and Scholarship Fund. It's just over 1 week away on Oct. 29 at the Poway SportsPlex! Organizers hope to raise $60K for these three groups, but it won't happen without you! So come on out for a 1K, 5K, or 10K, followed by a free pancake breakfast, live band, family fun festival, celebrity

Mary Tritton Baker and 13 ot
this

About
Government Official

People Also Like

Marian Kim-Phelps
Public Figure

Glitter and Glue Studi
Specialty School

Gwynn Baseball
Youth Organization

Pages liked by this Page

Team California for He

Stone Ranch Element

PQ NE Action Group

English (US) · Español · Português
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad C
Cookies · More
Facebook © 2017

YOUR GAMES MORE

RECOMMENDED GAMES MORE

Maribeth Plunk likes CorpsCouture's photo.

Carrie Ann Clark What Unites Us "Our Generosity! We Americans Give."

Sanjo Harvey reacted to JJ Jones's post in mind

YOUR PAGES SEE ALL

Poway Unified Schoo… 9+
Poway Unified's Atta… 9+
PUSD's Anti-Discrimi… 9+

CONTACTS

Jenelle Harmon
Lavaughn Green
Tori Wright
Maura Larkins
Beth Snyder
Andy Denzien
Sanjo Harvey

Search

YOUR GAMES                    MORE

RECOMMENDED GAMES             MORE

Maribeth Plunk   likes
CorpsCouture's photo.

Carrie Ann Clark    What
Unites Us  "Our Generosity!
We Americans Give."

Sanjo Harvey   reacted to JJ
Jones's post in mind

YOUR PAGES              SEE ALL

Poway Unified Schoo...   9+

Poway Unified's Atta...   9+

PUSD's Anti-Discrimi...   9+

CONTACTS

Jenelle Harmon

Lavaughn Green

Tori Wright

Maura Larkins

Beth Snyder

Andy Denzien

Sanjo Harvey

Search

Michelle O'Connor-Ratcliff

@MOR4PUSD



Share

Joe Long

See All

See More

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF
BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "H"



## M. O'Connor-Ratcliff
@MOR4PUSD

President, Poway Unified School District
Board of Education

📅 Joined May 2016

🖼 15 Photos and videos

  
  

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 226 | 131 | 106 | 4,217 |

Follow

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Worldwide trends

#النصر_الهلال
412K Tweets

#XF11 ❌
5,852 Tweets

#NationalPumpkinDay
60.2K Tweets

#الاهلي_الفيصلي
80.2K Tweets

#demixkhaled
14K Tweets

Televisa

---

Tweets | Tweets & replies | Media

 **M. O'Connor-Ratcliff**  @MOR4PUSD · Oct 24
Hanging with Principal Halsey & the Canyon View Coyotes on this hot, hot morning! Excited about your students' new flexible seating rollout.



Jill Halsey

💬          🔁          6

 **M. O'Connor-Ratcliff**  @MOR4PUSD · Oct 20
Jack-O-Smash (jack-o-smash.org) is 1 week away! Sign up to support PUSD SpEd Foundation and Abraxas Transition! 1K, 5K, 10K & more!



28.2K Tweets

**Emilio Azcárraga**
14.4K Tweets

**Joe Girardi**
46.7K Tweets

**وليد عبدالله**
8,641 Tweets

**Gold Glove**
3,406 Tweets

© 2017 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info



💬    ♻ 1     1

🔁 M. O'Connor-Ratcliff Retweeted

**Poway Unified** @PowayUnified · Oct 16

#PowayUnified District Office staff excited about @CHARACTERCOUNTS & @redribbonweek, kicking it off by wearing red. #charactercountsweek



Marian Kim-Phelps, Kimberlie Rens. Jennifer Burks and 4 others

💬 2    🔁 6     37

 **M. O'Connor-Ratcliff** @MOR4PUSD · Oct 13

Scenes from Westview HS Homecoming pep rally today.



💬 2    🔁    9


M. O'Connor-Ratcliff  @MOR4PUSD · Oct 13    ⌄
Amazing speed painting demonstration as part of Westview HS Homecoming pep rally! 45 mins of teamwork. w/ PUSD TOY Mr. Opstad.



💬 1    🔁 2    11

🔁 M. O'Connor-Ratcliff Retweeted

Poway Unified  @PowayUnified · Oct 13    ⌄
Runners needed for Jack-O-Smash! Proceeds go to PUSD Special Education Foundation & @AbraxasHigh Transitions Program

💬 1    🔁 3    3


M. O'Connor-Ratcliff  @MOR4PUSD · Oct 13    ⌄
Great article! Don't skip the comments at the end. There are great models already working in CA. edsource.org/?page_id=588436 via @edsource

Case 3:17-cv-02215-W-JLB    Document 1    Filed 10/30/17    PageID.35

💬 1    🔁 1     2

M. O'Connor-Ratcliff Retweeted



**Poway Unified** @PowayUnified · Oct 11    ⌄

Don't miss the College & Career Fair for #PowayUnified high school students, next Wed. Oct. 18th 6-8:30pm at RBHS. powayusd.com/en-US/Communic...

**COLLEGE & CAREER FAIR**

**WORKSHOP TOPICS**

Recommended for Freshmen/Sophomores

- Creative Ways to Lower the Cost of College
- Apprenticeship Programs
- Careers in the Arts
- Tips & Tricks for College Planning and Applications

Recommended for Juniors/Seniors

- Secrets of College Funding & Financial Aid
- Applying to Highly Selective Colleges
- FAFSA Secrets: How to Get Maximum Aid
- Community College Exploration
- Workability & Transition Program

**All**

- Career Technical Pathways
- ROTC/JROTC & Service Academies
- NCAA Academic Eligibility & Recruiting
- Community College Transfer Program

All PUSD high school students and their families are welcome to attend

**WEDNESDAY, OCT. 18 6-8:30PM AT RANCHO BERNARDO H.S.**

13010 Paseo Lucido San Diego, CA 92128

**OVER 125 SCHOOLS AND VENDORS**

Click here for a list of participating exhibitors

- Including universities, colleges, military, and

PHS Counseling, Westview Counseling, RBHS Counseling and 3 others

💬 2    🔁 8     14

M. O'Connor-Ratcliff @MOR4PUSD · Oct 11    ⌄

Go Mark! One of 7 State Teacher of the Year finalists!

sdcoe.net/news/Pages/San...



💬 1    🔁 4     10

M. O'Connor-Ratcliff @MOR4PUSD · Oct 11    ⌄

Wow!  Breaking news!

**SD County Ofc of Ed** ✔ @SanDiegoCOE
Congrats, too, to Mark Lantsberger of @PowayUnified @DNHSNighthawks & Kathy Worley of @GUHSDTweet, finalists for CA Teacher of the Yr!

💬 1          ⟲          7

**M. O'Connor-Ratcliff** @MOR4PUSD · Oct 10          ⌄
Join the CA State PTA in celebrating Dyslexia Awareness Month with this great event at RB High. Register here:  bit.ly/2yHsVii



💬 1          ⟲          2

⟲ M. O'Connor-Ratcliff Retweeted

**The Inclusive Class** @Inclusive_Class · Oct 8          ⌄
Districts that prioritize inclusion cited for high graduation rates for children with disabilities

Districts that prioritize inclusion cited for high graduation rates for c  …
In the 21 schools in the Val Verde School District, a child who has a disability has a guaranteed seat right next to a child who doesn't.
rgj.com

     💬 1      ♻ 42      62

**M. O'Connor-Ratcliff**   @MOR4PUSD · Oct 8
Replying to @MOR4PUSD
@dbinpark

💬 1      ♻      1

⇄ M. O'Connor-Ratcliff Retweeted

**Jordan Moore** @JordanRMoore28 · Aug 15
On meeting the needs of all learners fixed scheduling necessary - I've been convinced #inclusion



as best we can to meet children's individual needs."
   This highly efficient, well-oiled machine was perhaps
most obvious when examining how the school day is sched-
uled, and how special education teachers and paraeducators
are used during the school day. CES has a fixed scheduled for
instructional time throughout the school day. The principal
agreed that this schedule was rigid compared with most ele-
mentary schools, but commented that this was necessary:

   I don't know any other way to provide human
   resources, if you don't know when they're teaching
   reading. It causes a poor use of resources if you don't
   have it managed . . . we have to know when people are
   doing what. We have to have reading at different times
   to do that. So they [paraeducators and special educa-
   tion co-teachers] can hit those most important times
   throughout the day. Otherwise, we have an aide in a
   room when everybody is at specials. That always hap-
   pens if you don't have it planned out to the minute.

   Teachers were supportive of this type of schedule. Although

💬 1      ♻ 2      2

**M. O'Connor-Ratcliff**   @MOR4PUSD · Oct 7
Friday Flag at Willow Grove was wonderful! Loved meeting the new Student
Council and parent leadership. Thanks Principal Huff.



Case 3:17-cv-02215-W-JLB   Document 1   Filed 10/30/17   PageID.38   Page 38 of 59

 **M. O'Connor-Ratcliff** @MOR4PUSD · Oct 6

Whoa! Adobe Bluffs ES Dads Breakfast so popular that they ran out of food, despite ordering more than last year. Go dads! Stay involved!



💬 2    🔁    9

 **M. O'Connor-Ratcliff** @MOR4PUSD · Oct 5

Great visit to Park Village ES! Saw SpEd classrooms, science lab, 2nd Step lesson, future maker-space, and more. Thanks Principal Mosgrove!



💬 1    🔁    6

 **M. O'Connor-Ratcliff** @MOR4PUSD · Oct 5

Don't miss your chance to see our PUSD high school bands in action!

 **Poway Unified** @PowayUnified
Don't miss one or all of these upcoming band/color guard tournaments, hosted by #PowayUnified music programs
powayusd.com/getmedia/902cc...

💬 1    🔁    2

 **M. O'Connor-Ratcliff** @MOR4PUSD · Oct 2

Co-teaching in inclusive classrooms works when successful educators "make the time to tap into one another's expertise."

**Think Inclusive** @think_inclusive
9 Ways Teachers Can Move Inclusive Education Forward wp.me/p2ZzyK-I3

#spedchat #inclusion

💬 1     🔁 5      13

**M. O'Connor-Ratcliff**   @MOR4PUSD · Sep 30       ⌄
This is much easier to use than the CDE's site! Search "Poway."

> **EdSource**   @EdSource
> Search test results/3yr trends for all CA schools, districts & student groups w/@EdSource's database #CAASPP #SBAC caaspp.edsource.org

💬 1     🔁      1

**M. O'Connor-Ratcliff**   @MOR4PUSD · Sep 27       ⌄
From our own PUSD inclusive ed thought leader Megan Gross:"I dream about what would happen if it was just assumed every child was included."

> **Think Inclusive**   @think_inclusive
> Feeling Alone with Dreams of Inclusion? 11 Thought Leaders Share Theirs wp.me/p2ZzyK-1aE #spedchat #inclusion

💬 2     🔁 2      11

🔁 M. O'Connor-Ratcliff Retweeted

**Megan Gross**   @MegNGross · Sep 24       ⌄
Mr. Lantsberger representing @DNHSNighhawks @PowayUnified on KUSI today!



💬 1     🔁 3      13

**M. O'Connor-Ratcliff**   @MOR4PUSD · Sep 23       ⌄
"Humanity does not have social skills requirements."

> **Think Inclusive**   @think_inclusive
> The Pitfalls of Passing and Not Passing wp.me/p2ZzyK-1io #spedchat #inclusion

💬 1     🔁 1      6

🔁 M. O'Connor-Ratcliff Retweeted

**Think Inclusive**   @think_inclusive · Sep 20       ⌄
Professional Development Needs A Dose Of Inclusion Reform wp.me/p2ZzyK-Ov #spedchat #inclusion

💬 1          ⟲ 7               13

M. O'Connor-Ratcliff  @MOR4PUSD · Sep 20                                    ⌄
"Successful school inclusion requires guidance, support and consistent
intention. Everyone . . . must be brought into the planning process."

Think Inclusive  @think_inclusive
5 Strategies For Structuring An Inclusive Classroom Environment
wp.me/p2ZzyK-Jb #spedchat #inclusion

💬 1          ⟲                3

⟲ M. O'Connor-Ratcliff Retweeted
ABES  @ABESAZTECS · Sep 20                                                   ⌄
Moon Festival assembly@ABES! Thank you Xiamen University Performing Arts
group and CI SDSU for an awesome show!Xie Xie!



💬 1          ⟲ 2               7

⟲ M. O'Connor-Ratcliff Retweeted
CaliforniaPTA  ✔ @CaliforniaPTA · Sep 19                                     ⌄
Its #HighSchoolVoterEducationWeek! @CADeptEd encourages 16-17 yr olds
to pre-register to vote during High School Voter Ed. Weeks Sept. 18-29

💬 2          ⟲ 6               6

⟲ M. O'Connor-Ratcliff Retweeted
John Fensterwald  ✔ @jfenster · Sep 18                                      ⌄
CA ed bills: what passed or didn't: STEM school, late school start, 'meals
shaming,' budget reserve cap  bit.ly/2hbFYRT @EdSource

💬 2    🔁 19      17

 **M. O'Connor-Ratcliff**   @MOR4PUSD · Sep 17    ⌄

Celebratory PUSD Board members and Principal Mizel at last night's Salute to Teachers. Lots more pics at m.facebook.com/story.php?stor....



Poway Unified, Darshana Patel and Del Norte HS

💬 1    🔁 1      10

🔁 M. O'Connor-Ratcliff Retweeted

 **Poway Unified**   @PowayUnified · Sep 16    ⌄

And we have another #PowayUnified winner! #TeamPUSD group photo with Mark Lantsberger, San Diego County Teacher of the Year. #CoxSalute



Megan Gross, Del Norte HS. Darshana Patel and 5 others

💬 2    🔁 9      34

🔁 M. O'Connor-Ratcliff Retweeted

 **Marian Kim-Phelps**   @mkimphelps · Sep 15    ⌄

Important work in literacy: understanding dyslexia, new knowledge and



interventions #PowayUnified #TeamPUSD

**Kimberlie Rens**   @KimberlieRens
Continuing our learning. 📚 #pusdlearns @PowayUnified

💬 1    ↻ 1      9

↻ M. O'Connor-Ratcliff Retweeted
**Poway Unified**   @PowayUnified · Sep 14     ⌄
Rooting for 3 #PowayUnified teachers of the year, up for County Teacher of
the Year at this weekend @SanDiegoCOE @CoxCalifornia #CoxSalute



Keith Opstad

💬 1    ↻ 7      28



**M. O'Connor-Ratcliff**   @MOR4PUSD · Sep 13     ⌄
If I look crazy happy, it's b/c I loved what I saw. Huge thanks to NTOY
@MegNGross, Principal Mizel, Ms. Conlan, & whole DNHS team.



**Del Norte HS**   @DNHSNighthawks
Really enjoyed visiting w/ @PowayUnified BOE President
Michelle O'Connor-Ratcliff today. We visited several
classrooms while discussing LRE

💬 2    ↻ 1      11



↻ M. O'Connor-Ratcliff Retweeted
**Poway Unified**   @PowayUnified · Sep 12     ⌄
Thursday's Board meeting is 2nd public hearing on changing elections. Help
PUSD create a map with this online tool: powayusd.com/en-US/Board/Tr...





💬 1    🔁 3      2

 **M. O'Connor-Ratcliff** @MOR4PUSD · Sep 11 ⌄
Beautiful!

> **Del Norte HS** @DNHSNighthawks
> Thank you Key Club! Each flag represents a life lost - 2996. While many of our students weren't even alive on 9/11/01, still, we remember.



💬 1    🔁      4

 **M. O'Connor-Ratcliff** @MOR4PUSD · Sep 10 ⌄
Still thinking, but the roadmap to inclusion here could be very helpful as PUSD begins work on plan for implementing FCMAT SpEd recs.

> **Think Inclusive** @think_inclusive
> Leading Inclusive Reform for Students With Disabilities: A School and Systemwide Approach by J wp.me/p2ZzyK-QB #spedchat #inclusion

💬 1    🔁      7

 **M. O'Connor-Ratcliff** @MOR4PUSD · Sep 9 ⌄
Check out this photo story of PUSD in this morning's Poway Days parade! Great job by Comm Dir Paik.  She really captured the spirit!

> **Poway Unified** @PowayUnified
> Great seeing all of our #PowayUnified parade participants. See all of our photos from today's #PowayDays parade: spark.adobe.com/page/4bD7KnflS...

💬 1    🔁 1      11

🔁 M. O'Connor-Ratcliff Retweeted

 **Poway Unified** @PowayUnified · Sep 9 ⌄
Let's hear it for #PowayUnified Teachers and Classified Employees of the Year! Riding antique fire truck in the #PowayDays Parade. #TeamPUSD



💬 1    🔁 5      21

🔁 M. O'Connor-Ratcliff Retweeted

 **Poway Unified** @PowayUnified · Sep 8 ⌄

Help #PowayUnified create a map of proposed districts for school board elections. Follow link to map-drawing tool: powayusd.com/en-US/Board/Tr...



💬 1    🔁 1     2



🔁 M. O'Connor-Ratcliff Retweeted

**Poway Unified** @PowayUnified · Sep 7     ⌄

#ThrowbackThursday to first four #PowayUnified Elementary Schools @Midland_PUSD @PomeradoES @ValleyElemPUSD @GardenRoadES (pics circa 1971)





💬 1    🔁 3     8



🔁 M. O'Connor-Ratcliff Retweeted

**Ed100.org** @ed100_ · Sep 5     ⌄

What you might have missed in #education over the summer: #specialed #bilingualed #arts #vouchers #teachers ed100.org/blog/stay-curr...




⟲ M. O'Connor-Ratcliff Retweeted

 **Del Norte HS** @DNHSNighthawks · Sep 5                           ⌄
The Nighthawks contributed $5,271.75 to support relief efforts in the
aftermath of Hurricane Harvey. Thankful 2B Flocking w/the Nighthawks!



💬 2            ⟲ 3              18

⟲ M. O'Connor-Ratcliff Retweeted

 **Think Inclusive** @think_inclusive · Sep 4                          ⌄
Overcoming Barriers to Meaningful Inclusion wp.me/p2ZzyK-1pz #spedchat
#inclusion

💬 1            ⟲ 7              5

⟲ M. O'Connor-Ratcliff Retweeted

**Think Inclusive** @think_inclusive · Sep 4                                        ⌄
Districts that prioritize inclusion cited for high graduation rates for children
with disabilities

M. O'Connor-Ratcliff (@MOR4PUSD) | Twitter

💬 2    🔁 52     66

🔁 M. O'Connor-Ratcliff Retweeted

**PBS LearningMedia** 🔵 @PBSLrnMedia · Sep 4     ⌄
First established in 1894, have a quick look back on the #history of #LaborDay
with students! VIDEO: to.pbs.org/2vHosgD #sschat #k12

💬 1    🔁 15     22

🔁 M. O'Connor-Ratcliff Retweeted

**Think Inclusive** @think_inclusive · Sep 3     ⌄
5 Essential Actions To Help Your Child Be Included wp.me/p2ZzyK-17t
#spedchat #inclusion

| |
|---|
| 5 Essential Actions To Help Your Child Be Included   ···<br>thinkinclusive.us |

💬 1    🔁 3     3

🔁 M. O'Connor-Ratcliff Retweeted

**JasonsConnection** @JasonConnection · Sep 2     ⌄
10 Tips for Teaching About Invisible Disabilities and Bullying

Did you know that children with disabilities are...

| |
|---|
| 10 Tips for Teaching About Invisible Disabilities and Bullying<br>Did you know that children with disabilities are more likely to be bullied than<br>other children... some studies say as much as two or three times more |

M. O'Connor-Ratcliff (@MOR4PUSD) | Twitter

other children—some studies say as much as two or three times more

wearteachers.com

💬 1　　🔁 2　　　2

 M. O'Connor-Ratcliff　@MOR4PUSD · Sep 2　　⌄

Principal Park takes one for the Adobe Bluffs team as students cover him in silly string at the school's bday party. @PowayUnified @dbinpark



💬 1　　🔁 2　　　10

 M. O'Connor-Ratcliff　@MOR4PUSD · Sep 1　　⌄

Happy birthday Adobe Bluffs!



💬 1　　🔁　　　5

🔁 M. O'Connor-Ratcliff Retweeted

I ♥ KIT　KidsIncludedTogether　@KITandNTCI · Aug 31　　⌄

Great suggestions and perfect timing for back to school!!  Thanks @Inclusive_Class

Modifications　The Inclusive Class　@Inclusive_Class

Have a look at this Menu of Lesson Modifications! Fully include ALL students in your class! sumo.ly/F7LF

💬 1     🔁 5       7

**M. O'Connor-Ratcliff** @MOR4PUSD · Aug 29      ⌄

Love this concept of "fire writing":  "Don't stop to erase, just keep writing. Sneeze those words onto the page!"

**edutopia** 🔵 @edutopia
Introduce this low-pressure writing strategy to increase engagement & lessen writing anxiety: edut.to/2wwHbgh

💬 2     🔁       5

**M. O'Connor-Ratcliff** @MOR4PUSD · Aug 28      ⌄

Public input opportunity!

**Poway Unified** @PowayUnified
#PowayUnified is moving from at-large to by-district elections for school board. We need your input this Thursday, first of four meetings.

💬 1     🔁 1       4

🔁 M. O'Connor-Ratcliff Retweeted

**EdSource** @EdSource · Aug 27      ⌄
📚 or 📱? After 500 words #reading comprehension takes a hit on a digital device vs. paper @MindShiftKQED

💬 1     🔁 1       5

**M. O'Connor-Ratcliff** @MOR4PUSD · Aug 26      ⌄
Featuring the incomparable Megan Gross from DNHS, inspiring her student to become an adaptive PE teacher. -ABC News-

💬 1    🔁    6

M. O'Connor-Ratcliff  @MOR4PUSD · Aug 25    ⌄
One of our own RBHS students making an impact! Check it out: Student filmmaker is gaining experience, winning awards

💬    🔁 2    7

🔁 M. O'Connor-Ratcliff Retweeted

Think Inclusive  @think_inclusive · Aug 25    ⌄
Why Bother Giving Access To Curriculum For Students With Significant Disabilities? wp.me/p2ZzyK-N5 #spedchat #inclusion

💬 3    🔁 14    13

M. O'Connor-Ratcliff  @MOR4PUSD · Aug 25    ⌄
Ed reformers learning that good policy needs good politics. "It starts with recognizing that being right isn't the same as winning."

> Frederick M. Hess  ✔ @rickhess99
> Yes. Yes!! @aejochim nails it: "Evidence Isn't Enough: Good Policy Needs Good Politics." blogs.edweek.org/edweek/rick_he… @CRPE_UW @Eduflack @smarick

💬 1    🔁 1    1

M. O'Connor-Ratcliff  @MOR4PUSD · Aug 24    ⌄
PUSD's new early literacy curriculum & training seems a good start to addressing dyslexia proactively. edsource.org/?page_id=586051 via @edsource

Dyslexia, once the reading disability that shall not be named, comes i   …
New California Dyslexia Guidelines are meant to improve how reading is
taught to all students by all teachers, not just reading specialists.
edsource.org

💬 1          ⟲ 1                    6

 M. O'Connor-Ratcliff Retweeted

Marian Kim-Phelps  @mkimphelps · Aug 23                              ⌄
Hope everyone had a wonderful #PUSDBacktoSchool; it was a team effort to
pull off a smooth opening. Kudos #TeamPUSD

Dr. Kim-Phelps'
See the story
spark.adobe.com

💬 1          ⟲ 9                    30

 M. O'Connor-Ratcliff Retweeted

Poway Unified  @PowayUnified · Aug 23                               ⌄
What a welcome! The Sundevils annual freshman welcome tunnel.
#PUSDBacktoSchool #PowayUnified @MtCarmelRedSea @MtCarmelHS
@Principal_Magno





💬 1     🔁 2       15

🔁 M. O'Connor-Ratcliff Retweeted

 **Poway Unified** @PowayUnified · Aug 22    ⌄

#PowayUnified Transportation reminding our families about bus safety for
#PUSDBacktoSchool tomorrow w/ @10NewsMimi (Slow down & be patient!)



💬 1     🔁 7       8

🔁 M. O'Connor-Ratcliff Retweeted

**SD County Ofc of Ed** 🔵 @SanDiegoCOE · Aug 18    ⌄

Latest news from @PowayUnified board: Resolution approved to start process
for trustee-area elections.

💬 1     🔁 2

🔁 M. O'Connor-Ratcliff Retweeted

 **Think Inclusive** @think_inclusive · Aug 17    ⌄

10 Steps To Include Students With Autism In General Education Classrooms
wp.me/p2ZzyK-Q5 #spedchat #inclusion

💬 1     🔁 9       9

Case 3:17-cv-02215-W-JLB   Document 1   Filed 10/30/17   PageID.52   Page 52 of 59

M. O'Connor-Ratcliff  @MOR4PUSD · Aug 16

Excitement galore @ new teacher orientation this morning! Welcome to #TeamPUSD!



💬 1    🔁      5

M. O'Connor-Ratcliff  @MOR4PUSD · Aug 16

First day of school is...

Poway Unified  @PowayUnified
Poway Unified: Best Day of My Life Back to School Parody **No copyright infringement intended**
Parody of American... youtu.be/_hFhb-CK3l8

💬 1    🔁      4

M. O'Connor-Ratcliff  @MOR4PUSD · Aug 13

"Soft start" classroom mornings sound like a good way to build social/emotional well-being with safe space inclusion for all kids.

Dena Glynn  @Glynn_ed
Meg Giving me something to think about..... ift.tt/2vuYltu #edtech #4thchat #5thchat

 Home    ⚡ Moments         Search Twitter 🔍    Have an account? Log in ⌄

EdSource  @EdSource · Aug 11

According to @LAO_CA budget analysis 60% of #SpecialEd funding local — 30% from state, 10% fed @voiceofsandiego



💬 1　　⟲ 6　　　　4

M. O'Connor-Ratcliff　@MOR4PUSD · Aug 11　　　⌄
One big PUSD team at the APSM Back to School Breakfast!

💬 1　　⟲　　　　3

⟲ M. O'Connor-Ratcliff Retweeted
Think Inclusive　@think_inclusive · Aug 10　　　⌄
Is Inclusion Just an Illusion? wp.me/p2ZzyK-1gt #spedchat #inclusion

💬 1　　⟲ 3　　　　4

⟲ M. O'Connor-Ratcliff Retweeted
Poway Unified　@PowayUnified · Aug 10　　　⌄
A warm welcome to new Assoc. Supe of Personnel Support Services, James
Jimenez. You can read more about him here: powayusd.com/getmedia/d6b11...

💬 2　　⟲ 5　　　　17

M. O'Connor-Ratcliff　@MOR4PUSD · Aug 8　　　⌄



An interesting take on full vs. almost-full inclusion models for students with
special needs.

Think Inclusive  @think_inclusive
What Does Full Inclusion Really Mean? wp.me/p2ZzyK-ZL #spedchat
#inclusion

💬 1    ⟲ 4      8

M. O'Connor-Ratcliff Retweeted
Cox California  ✔ @CoxCalifornia · Jul 31
Congrats to @DNHSNighthawks Megan Gross, 1 of 4 finalists for National
Teacher of the Year! @PowayUnified

💬 1    ⟲ 4      21

M. O'Connor-Ratcliff Retweeted
Poway Unified  @PowayUnified · Aug 8
Meet some of your new #PowayUnified principals just in time for
#PUSDBacktoSchool. Pending board approval Thursday:

💬 1    ⟲ 5      18

M. O'Connor-Ratcliff Retweeted
Think Inclusive  @think_inclusive · Aug 4
Can Special Programs for Children With Autism Spectrum Disorders be
Inclusive? by Susan Marks wp.me/p2ZzyK-Qs #spedchat #inclusion

💬 1    ⟲ 1      4

M. O'Connor-Ratcliff Retweeted
edutopia  ✔ @edutopia · Aug 5
According to the research, homework does have benefits, but only up to a
point.

Case 3:17-cv-02215-W-JLB    Document 1    Filed 10/30/17    PageID.55    Page 55 of 59

How Much Homework Is Too Much?

💬 76    🔁 2.3K     2.5K

🔁 M. O'Connor-Ratcliff Retweeted



**Megan Gross** @MegNGross · Aug 3

Sharing our passion & ideas for creating sustainable inclusive ed for ALL students with the SPED division @CADeptEd. #NTOY17



💬 2    🔁 2     15



**M. O'Connor-Ratcliff** @MOR4PUSD · Jul 30

Great ideas from our own Megan Gross! #TeamPUSD

Think Inclusive  @think_inclusive
5 Strategies for Positive Behavior Support in Inclusive Classrooms
wp.me/p2ZzyK-7Y #spedchat #inclusion

💬 1    🔁 3     5

M. O'Connor-Ratcliff @MOR4PUSD · Jul 28

M. O'Connor-Ratcliff   @MOR4PUSD · Jul 28
Top public elementary schools in SD county are all PUSD!

💬 1     ⟲ 4     20

M. O'Connor-Ratcliff Retweeted

CSBA @CSBA_Now · Jul 28
Working with a diverse group of athletic coaches can have a lasting effect on both boys & girls.
theatlantic.com/education/arch... via @TheAtlantic

💬 1     ⟲ 3     1

M. O'Connor-Ratcliff Retweeted

Think Inclusive   @think_inclusive · Jul 27
Autism Didn't Stop Me from Pursuing Inclusive Education wp.me/p2ZzyK-1aW #spedchat #inclusion

💬 1     ⟲ 4     6

**COMPLAINT FOR DAMAGES AND  DECLARATORY AND INJUNCTIVE RELIEF
BASED ON VIOLATIONS OF CIVIL AND OTHER RIGHTS**

Exhibit "I"

Tweets with replies by M O'Connor... (@MOR4PUSD) | Twitter

Home    Moments    Notifications    Messages    Search Twitter    Tweet



# M. O'Connor-Ratcliff
@MOR4PUSD

You are blocked from following @MOR4PUSD and viewing @MOR4PUSD's Tweets. Learn more

---

### Who to follow    · Refresh · View all



lisa wilken   @lisawilken    ✕
Follow

Kimberlie Rens   @Kimberli...   ✕
Follow

Jill Halsey   @jehalsey    ✕
Follow

👥 Find people you know

---

### Trends for you   · Change



#NationalPumpkinDay
On National Pumpkin Day, here are some dogs dressed as pumpkins

#ThursdayThoughts
@BrittanyCBS12 is Tweeting about this

#JFKFiles
Anticipation is high for the release of the remaining JFK assassination files

Joe Girardi
Joe Girardi out as Yankees manager

#MySecretPower
4,600 Tweets

Gold Glove
2,866 Tweets

#UnexpectedlyCute
1,168 Tweets

#WCSJ2017
1,226 Tweets

#TheBestThingBeforeSlicedBread
3,321 Tweets

Corn Pops
Kellogg's removes racially insensitive artwork from Corn Pops boxes

© 2017 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info