ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Michelle M. Pacis, Esq. (SBN 306549)
mpacis@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**DEFENDANTS MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [FED. R. CIV. P. 12(b)(1)]; FED. R. CIV. P. 12(b)(6)]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1.**<br><br>Judge: Hon. Thomas J. Whelan<br>Dept.: 3C<br>Date: February 12, 2018<br>Time: N/A<br><br>Action Date: October 30, 2017<br>Trial date: Not Set |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Please take notice that on February 12, 2018, or as soon thereafter as the matter may be heard in Department 3C of the above-entitled court, located at 221 West Broadway, San Diego, California, 92101, individual Defendants, MICHELLE O'CONNOR-RATCLIFF and T.J. ZANE (collectively, "individual Defendants"), for themselves alone, will and hereby do move the Court for an order dismissing the Complaint, filed against them on October 30, 2017, pursuant to Federal Rule of Civil

1

1  Procedure 12(b)(1) and Federal Rule of Civil Procedure 12(b)(6).

2      This Motion to Dismiss is based upon the grounds that: (1) All of the Garniers'
3  claims fail against T.J. Zane because they are barred by the statute of limitations; (2)
4  All of the Garniers' claims fail because the individual Defendants are not being sued in
5  their official capacities; and (2) the Garniers cannot amend their complaint to sue the
6  individual Defendants in their official capacities, because they are immune from suit
7  under the Eleventh Amendment of the United States Constitution.

8      The motion is further based upon this Notice and upon the attached Memorandum
9  of Points and Authorities, Request for Judicial Notice, filed herewith; upon the records
10 and files in this action; and upon such further evidence and argument as may be
11 presented prior to or at the time of hearing on the motion.

13 Dated: January 5, 2018      ARTIANO SHINOFF

15     By: _s/Jack M. Sleeth, Jr._
    Daniel R. Shinoff
    Email: dshinoff@as7law.com
    Jack M. Sleeth, Jr.
    Email: jsleeth@as7law.com
    Michelle M. Pacis
    Email: mpacis@as7law.com
    Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

# PROOF OF SERVICE
## USDC Southern District – Case No. 3:17-CV-02215-W-JLB

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, California 92106.

On January 5, 2018, I served the following document:

**DEFENDANTS MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FED. R. CIV. P. 12(b)(1); FED. R. CIV. P. 12(b)(6)]**

☐ **BY MAIL**: by depositing in the United States Postal Service mail box at 2488 Historic Decatur Road, Suite 200, San Diego, California 92106, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

**COUNSEL FOR PLAINTIFF**
BRIGGS LAW CORPORATION
Cory J. Briggs, Esq.
99 C Street, Suite 111
Upland, CA 91786
Tel: 909-949-7115
Fax: 909-949-7121
Email: cory@briggslawcorp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 5, 2018, at San Diego, California.

LINDA L. MOORE, CCLS

ARTIANO SHINOFF

3

17cv02215

AS7 Law San Diego/1350/0086/PL/S0373755.DOCX