UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**[PROPOSED] ORDER [FED. R. CIV. P. 12(b)(6); FED. R. CIV. P. 12(b)(1)]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1**<br><br>Judge: Hon. Thomas J. Whelan<br>Dept.: 3C<br>Date: February 12, 2018<br>Time: N/A<br><br>Action Date: October 30, 2017<br>Trial Date: Not Set |

The matter came on regularly before the Court for hearing on February 12, 2018. ARTIANO SHINOFF appeared for Defendants, MICHELLE O'CONNOR-RATCLIFF and T.J. ZANE (collectively, "individual Defendants"). CORY J. BRIGGS appeared for Plaintiffs, CHRISTOPHER GARNIER and KIMBERLY GARNIER (collectively, "the Garniers').

The Court, having reviewed the moving and opposing papers on the individual Defendants' Motion to Dismiss the Complaint herein pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1); and oral argument of counsel having been received by the Court:

/ / /

1

AS7 Law San Diego/1350/0086/PL/S0374716.DOCX

1  The Court finds, adjudges, and orders as follows:

2  That the Court GRANTS the individual Defendants, Michelle O'Connor Ratcliff's and T.J. Zane's, Motion to Dismiss as follows:

3  

4  1. The Garniers' Complaint is dismissed in its entirety.

5  **IT IS SO ORDERED:**

Honorable Thomas J. Whelan
UNIDED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE
## USDC Southern District – Case No. 3:17-CV-02215-W-JLB

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, California 92106.

On January 5, 2018, I served the following document:

**[PROPOSED] ORDER [FED. R. CIV. P. 12(b)(6); FED. R. CIV. P. 12(b)(1)]**

☐ **BY MAIL**: by depositing in the United States Postal Service mail box at 2488 Historic Decatur Road, Suite 200, San Diego, California 92106, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

**COUNSEL FOR PLAINTIFF**
BRIGGS LAW CORPORATION
Cory J. Briggs, Esq.
99 C Street, Suite 111
Upland, CA 91786
Tel: 909-949-7115
Fax: 909-949-7121
Email: cory@briggslawcorp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 5, 2018, at San Diego, California.

LINDA L. MOORE, CCLS