**ARTIANO SHINOFF**
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Michelle M. Pacis, Esq. (SBN 306549)
mpacis@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California  92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**NOTICE OF DEFENDANTS MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S MOTION AND MOTION FOR FOR SUMMARY JUDGMENT**<br>**[Fed. Rule Civ. Proc., Rule 56]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1**.<br><br>Judge:   Hon. Thomas J. Whelan<br>Dept.:   3C<br>Date:    March 25, 2019<br><br>Action Date: October 30, 2017<br>Trial Date:  Not Set |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Please take notice that on March 25, 2019, or as soon thereafter as the matter may be heard in Department 3C of the above-entitled court, located at 221 West Broadway, San Diego, California, 92101, individual Defendants, MICHELLE O'CONNOR-RATCLIFF ("MOR") and T.J. ZANE (collectively, "Defendants"), for themselves alone, will and hereby do move the Court for summary judgment, pursuant

AS7 Law San Diego/001350/000086/PL/S0425655.DOCX

to Federal Rule of Civil Procedure 56 as to Plaintiffs CHRISTOPHER GARNIER AND KIMBERLY GARNIER'S Complaint on the following grounds:

1. Plaintiffs do not have an injury to provide standing to sue: Plaintiffs' benefit from being sued;
2. Plaintiffs do not have an injury to provide standing to sue: Plaintiffs have multiple avenues to speak;
3. The Plaintiffs cannot bring a claim under 42 U.S.C. § 1983, because there is no government control or state action over T.J. Zane's Facebook page;
4. The Plaintiffs cannot bring a claim under 42 U.S.C. § 1983, because there is no government control or state action over MOR's Facebook and Twitter pages;
5. T.J. Zane's Facebook page is not subject to forum analysis because there is no government ownership or control over T.J. Zane's Facebook page;
6. MOR's Facebook and Twitter pages are not subject to forum analysis because there is no government ownership or control over MOR's Facebook and Twitter pages;
7. Even if the Defendants' social media pages are subject to forum analysis, the social media pages are not traditional public forums;
8. Even if the Defendants' social media pages are subject to forum analysis, the social media pages are not designated public forums;
9. Even if the Defendants' social media pages are considered designated public forums, Defendants' conduct of blocking the Plaintiffs were reasonable time, place, and manner regulations;
10. Even if the Defendants' social media pages are subject to forum analysis, the social media pages are not limited public forums;
11. Even if the Defendants' social media pages are considered limited public forums, the blocking of the Plaintiffs was viewpoint neutral and reasonable;

///

ARTIANO SHINOFF

AS7 Law San Diego/001350/000086/PL/S0425655.DOCX

12. Even if the Defendants' social media pages are subject to forum analysis, the social media pages are non-public forums and the blocking of the Plaintiffs was reasonable;

13. The Defendants enjoy qualified immunity.

This Motion is made pursuant to Federal Rule of Civil Procedure 56. This motion is further made and based on the accompanying Memorandum of Points and Authorities, the Joint Statement of Undisputed and Disputed Material Facts, the Declarations of Jack Sleeth, T.J. Zane, Michelle O'Connor-Ratcliff, Jim Vaughn, and Christine Paik, the Request for Judicial Notice, and the pleadings on file with the Court, and all other matters that may be presented to the Court at the hearing of this motion.

Dated: February 15, 2019            ARTIANO SHINOFF

By: *s/ Michelle M. Pacis*
Daniel R. Shinoff
dshinoff@as7law.com
Jack M. Sleeth, Jr.
jsleeth@as7law.com
Michelle M. Pacis
mpacis@as7law.com
Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF: T.J. ZANE

# PROOF OF SERVICE

## (State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, California 92106.

On February 15, 2019, I served the following document(s):

**DEFENDANTS MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S SUPPLEMENTAL INITIAL DISCLOSURES [F.R.C.P. § 26(a)]**

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) via CM/ECF described as INPUT NAME OF PLEADING AGAIN JUST LIKE ABOVE on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

Cory J. Briggs, Esq.
BRIGGS LAW CORPORATION
4891 Pacific Highway, Suite 104
San Diego, CA 92110
909-949-7115
909-949-7121 FAX
cory@briggslawcorp.com

COUNSEL FOR PLAINTIFF

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 15, 2019, at San Diego, California.

*s/* Michelle M. Pacis
Michelle Pacis

ARTIANO SHINOFF

AS7 Law San Diego/001350/000086/PL/S0425655.DOCX