ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Michelle M. Pacis, Esq. (SBN 306549)
mpacis@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**DECLARATION OF JACK SLEETH IN SUPPORT OF MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S MOTION FOR SUMMARY JUDGMENT**<br>**[Fed. Rule Civ. Proc,, Rule 56]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1.**<br><br>Judge: Hon. Thomas J. Whelan<br>Dept.: 3C<br>Date: March 25, 2019<br><br>Action Date: October 30, 2017<br>Trial date: Not Set |

I, Jack Sleeth, declare as follows:

1. I am an attorney at law licensed to practice before the United States District Court for the Southern District of California. I am a partner at the law firm of Artiano Shinoff, attorney for individual Defendants MICHELLE O'CONNOR RATCLIFF and T.J. ZANE. I have personal knowledge of the statements contained within this declaration and can competently testify thereto.

2. I have represented the District in litigation against the Plaintiff Christopher Garnier since 2014.

1

3.      On October 21, 2014, the District filed a Petition for Workplace Violence Restraining Order to protect the Painted Rock's, a school within the District, staff and community. The Petition was supported by the sworn declarations of four District staff and one community member.  All of these individuals expressed concern for their safety and the safety of students and employees of Painted Rock due to Mr. Garnier's statements and actions.

4.      A true and correct copy of the Petition for Workplace Violence Restraining Order, dated October 21, 2014, is attached as **Exhibit A.**

5.      In response to the District's request for a restraining order, Mr. Garnier attempted to dismiss the lawsuit, arguing that he was merely exercising his First Amendment right to free speech by being critical of District policies and personnel. To that end, he filed a Special Motion to Strike the District's Petition (aka Anti-SLAPP motion).

6.      A true and correct copy of the Special Motion to Strike the District's Petition, dated December 17, 2014, is attached as **Exhibit B.**

7.      The Trial Court completely disagreed with Mr. Garnier's arguments and denied the Anti-SLAPP motion in full.

8.      A true and correct copy of the Court's order denying the Special Motion to Strike the District's Petition, dated January 13, 2015, is attached as **Exhibit C.**

9.      On February 6, 2015, the Court granted the District's Petition and issued an injunction ordering Mr. Garnier to stay away from the school's principal. This Restraining Order was in effect for three years.

10.     A true and correct copy of the Restraining Order, dated February 6, 2015, is attached as **Exhibit D.**

11.     On April 10, 2015, the Court awarded the District attorney's fees in connection with opposing Mr. Garnier's Anti-SLAPP motion.

12.     A true and correct copy of the Court's Order, dated April 10, 2015, is attached as **Exhibit E.**

ARTIANO SHINOFF

AS7 Law San Diego/001350/000086/PL/S0424621.DOCX

13. Mr. Garnier appealed the order denying the Anti-SLAPP motion as well as the judgment granting the restraining order. On October 26, 2016, the Court of Appeal affirmed the trial court's rulings in all respects.

14. A true and correct copy of the Court of Appeal's Order, dated October 26, 2016, is attached as **Exhibit F.**

15. After the appeal, the Court awarded the District additional attorney fees and costs and entered judgment against Mr. Garnier. He has not paid this judgment award to the District.

16. A true and correct copy of the District's Memorandum of Costs on Appeal, dated March 10, 2017, is attached as **Exhibit G.**

17. Mr. Garnier has not paid this judgment award to the District.

18. However, the money judgment is effective for ten years and it can be renewed at the end of the ten-year period.

19. A true and correct copy of the Abstract of Judgment, dated January 17, 2018, is attached as **Exhibit H.**

20. On December 2, 2014, Mr. Garnier filed a state lawsuit against the District. Mr. Garnier claimed racial discrimination and defamation stemming from his previous employment with the District. This lawsuit surrounds Mr. Garnier's interactions with the District's Director of Student Services and Director of Human Resources during a student expulsion hearing. Mr. Garnier claimed he was subject to racial discrimination during the expulsion hearing by the District's administrators, claiming that they prohibited him from testifying on behalf of the student. Mr. Garnier further alleged that he was defamed when one of the administrators stated that Mr. Garnier was fired as a football coach at Rancho Bernardo High School.

21. A true and correct copy of the Mr. Garnier's Complaint against the District, dated December 2, 2014, is attached to the Notice of Lodgment as **Exhibit I.**

22. In his "statement of damages" served at the beginning of the case, Mr. Garnier identified $1.5 million in damages.

23. A true and correct copy of the Mr. Garnier's Statement of Damages, dated February 24, 2015, is attached to the Notice of Lodgment as **Exhibit J.**

24. Ultimately, Mr. Garnier filed a Request for Dismissal and the court awarded $4,804.00 in costs against Mr. Garnier.

25. A true and correct copy of the Mr. Garnier's Request for Dismissal, dated January 25, 2017, is attached to the Notice of Lodgment as **Exhibit K.**

26. A true and correct copy of the Court's Judgment ordering Mr. Garnier to pay $4,804.00, dated April 7, 2017, is attached to the Notice of Lodgment as **Exhibit L.**

27. On October 21, 2016, Mr. Garnier filed a federal lawsuit against the District for violations of his free speech and due process rights. Mr. Garnier alleged facts related to the Restraining Order matter and his discrimination lawsuit against the District. He also alleged that when he ran for a Painted Rock School Site Council position in 2014, the Principal discriminated against him by changing the voting process. Further, Mr. Garnier claimed that in 2015, the District officially requested Mr. Garnier and his wife stop attending any District-related events due to allegations of sexual harassment and a hostile working environment against Mr. Garnier.

28. A true and correct copy of Mr. Garnier's Federal Court Complaint against the District, dated October 21, 2016, is attached to the Notice of Lodgment as **Exhibit M.**

29. The District Court eventually dismissed the case, due to Mr. Garnier's failure to litigate.

30. A true and correct copy of the Court's Order of Dismissal, dated April 3, 2017, is attached to the Notice of Lodgment as **Exhibit N.**

31. On May 11, 2017, Mr. Garnier's newly retained attorney, Cory Briggs, filed a Motion to Set Aside the Dismissal. On August 7, 2017, the Court denied Garnier's Motion, because Garnier failed to meet his burden to reopen the case. The case was formally dismissed by the Court in a Judgment dated August 7, 2017.

32. A true and correct copy of the Court's Order of Dismissal, dated August 7, 2017, is attached to the Notice of Lodgment as **Exhibit O.**

33. A true and correct copy of excerpts from Christopher Garnier's deposition transcript, dated November 27, 2018, is attached to the Notice of Lodgment as **Exhibit P.**

34. A true and correct copy of excerpts from Kimberly Garnier's deposition transcript, dated November 19, 2018, is attached to the Notice of Lodgment as **Exhibit Q.**

35. A true and correct copy of excerpts from T.J. Zane's deposition transcript, dated November 26, 2018, is attached to the Notice of Lodgment as **Exhibit R.**

36. A true and correct copy of excerpts from Michelle O'Connor-Ratcliff's deposition transcript, dated November 20, 2018, is attached to the Notice of Lodgment as **Exhibit S.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 15, 2019                    ARTIANO SHINOFF

By: _s/ Jack M. Sleeth, Jr._
Daniel R. Shinoff
dshinoff@as7law.com
Jack M. Sleeth, Jr.
jsleeth@as7law.com
Michelle M. Pacis
mpacis@as7law.com
Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF: T.J. ZANE

5

17cv02215

AS7 Law San Diego/001350/000086/PL/S0424621.DOCX