ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Michelle M. Pacis, Esq. (SBN 306549)
mpacis@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>     Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>     Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**DECLARATION OF JAMES VAUGHN IN SUPPORT OF MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S MOTION FOR SUMMARY JUDGMENT**<br>   **[Fed. Rule Civ. Proc,, Rule 56]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1.**<br><br>Judge:   Hon. Thomas J. Whelan<br>Dept.:   3C<br>Date:    March 5, 2018<br>Time:    N/A<br><br>Action Date: October 30, 2017<br>Trial date:  Not Set |

I, James Vaughn, declare as follows:

1. I am a Managing Director at iDiscovery Solutions ("iDS"), a company which provides collection and analysis services for electronically stored information. I have personal knowledge of the statements contained within this declaration and can competently testify thereto.

2. I have given testimony in more than 70 cases involving topics such as evidence preservation, documentation of events, and computer forensic methodologies and procedures. I am an EnCase Certified Examiner (EnCE). I have extensive

1

experience working on litigation and consulting matters in digital forensics, eDiscovery, and other high technology issues.

3. A true and correct copy of my CV is attached hereto as **Exhibit Z**.

4. In December 2018, the Defendants retained iDS and specifically me as an expert in the instant matter. The Defendants retained iDS to perform the following tasks: forensically capture T.J. Zane and Michelle O'Connor-Ratcliff's Facebook campaign pages; forensically capture Michelle O'Connor-Ratcliff's Twitter campaign page; review the captured pages for posts by the Garniers and total the number of posts on both Defendants' social media pages.

5. The Defendants' Facebook campaign pages were captured by manually expanding and reviewing all posts and comments, then, using Google Chrome's built in save as function, saved the webpage(s) as an HTML formatted page.

6. Defendant O'Connor-Ratcliff's Twitter account was captured by using the X1 Social Discovery tool, which is an industry standard tool within the forensic community for forensically capturing Twitter accounts. It was discovered that no posts were visible from the Garniers from within the captured twittered account because they had been removed and were no longer reviewable by Ms. O'Conner-Ratcliif from within the Twitter account.

7. Due to no posts being visible, an iDS Twitter account was used to filter for publicly available posts made by the Plaintiffs, that mentioned either of the Defendants. Those posts were then captured.

8. iDS then tallied the posts from all captured accounts.

9. No comments were located from Christopher Garnier on T.J. Zane's Facebook campaign page.

10. In total, 2 comments from Kimberly Garnier were located within T.J. Zane's Facebook campaign page.

11. A true and correct copy of Kimberly Garnier's comments on T.J. Zane's Facebook campaign page is attached hereto as **Exhibit T**.

12. In total, 154 comments from Christopher Garnier were located within Michelle O'Connor-Ratcliff's Facebook campaign page. In total, 31 comments from Kimberly Garnier were located within Michelle O'Connor-Ratcliff's Facebook campaign page. A true and correct copy of Christopher and Kimberly Garnier's comments on Michelle O'Connor-Ratcliff's Facebook campaign page is attached hereto as **Exhibit U**. Comments by Christopher Garnier can be found on pages 1, 6-24, 26, 28-32, 34-36, 38-40, 42, 44, 46, 48, 50, 52, 55, 57, 59, 61, 63, 65-68, 71-76, 79-87, 89-148 and 150-153 of **Exhibit U**. Comments by Kimberly Garnier can be found on pages 1, 2, 5, 10-16, 18, 20-24, 40, 81, 96, 97, 117, 134, 138, 141-143, 146, 148, 150 and 152 of **Exhibit U**.

13. In total, Christopher Garnier tweets and mentions Michelle O'Connor-Ratcliff's Twitter campaign page 102 times.

14. A true and correct copy of Christopher Garnier's tweets and mentions of Michelle O'Connor-Ratcliff's Twitter campaign page is attached hereto as **Exhibit V**.

15. In total, Kimberly Garnier tweets and mentions Michelle O'Connor-Ratcliff's Twitter campaign page 0 times.

16. In total, Christopher Garnier tweets and mentions TJ Zane's Twitter campaign page 16 times.

17. A true and correct copy of Christopher Garnier's tweets and mentions of T.J. Zane's Twitter campaign page is attached hereto as **Exhibit W**.

18. In total, Kimberly Garnier tweets and mentions TJ Zane's Twitter campaign page 5 times.

19. A true and correct copy of Kimberly Garnier's tweets and mentions of T.J. Zane's Twitter campaign page is attached hereto as **Exhibit X**.

20. A spreadsheet identifying each type of post and the number of times it was posted by each Plaintiff on each of the Defendants' social media pages.

21. A true and correct copy of the spreadsheet which identifies each type of post and the number of times it was posted by each Plaintiff on each of the Defendants'

1  social media pages is attached hereto as **Exhibit Y**.

3      I declare under penalty of perjury under the laws of the State of California that
4  the foregoing is true and correct.

6  Dated: February 10, 2019

8                                  By: s/ _____
                                           James Vaughn

ARTIANO SHINOFF