ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Michelle M. Pacis, Esq. (SBN 306549)
mpacis@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendants MICHELLE
O'CONNOR-RATCLIFF; T.J. ZANE

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>            Plaintiffs,<br><br>      v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>            Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**DECLARATION OF CHRISTINE PAIK IN SUPPORT OF MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S MOTION FOR SUMMARY JUDGMENT**<br>      **[Fed. Rule Civ. Proc., Rule 56]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1.**<br><br>Judge:      Hon. Thomas J. Whelan<br>Dept.:      3C<br>Date:      March 5, 2018<br>Time:      N/A<br><br>Action Date: October 30, 2017<br>Trial date:   Not Set |

I, Christine Paik, declare as follows:

1.      I am currently on the Director of Communications at Poway Unified School District ("District"). I have personal knowledge of the statements contained within this declaration and can competently testify thereto.

2.      I have been employed by the Poway Unified School District since January 2016.

3.      As the Director of Communications, I am responsible for planning, developing, coordinating, and implementing communication and public relations

1

AS7 Law San Diego/001350/000086/PL/S0425372.DOCX

ARTIANO SHINOFF

1  activities for the District.

2      4.    I am also responsible for overseeing the maintenance of the District's

3  social media pages, including its Facebook, Instagram, YouTube, and Twitter pages.

4      5.    The District does not have any authority over what social media pages its

5  Board members create.

6      6.    The District does not regulate and/or maintain and/or have any control over

7  any of its Board member's social media pages.

8      7.    The District does not spend any money on any of its Board member's

9  social media pages.

10     8.    The District does not require its Board members to post the District's

11  Social Media Policy on their social media pages.

12     I declare under penalty of perjury under the laws of the State of California that

13  the foregoing is true and correct.

14

15  Dated:  *2/13/19*

16

17                                          By: _____

18                                              Christine Paik

19

20

21

22

23

24

25

26

27

28

ARTIANO SHINOFF

2

17cv02215

AS7 Law San Diego/001350/000086/PL/S0425372.DOCX