```
 1  ARTIANO SHINOFF
    Daniel R. Shinoff, Esq. (SBN 99129)
 2  dshinoff@as7law.com
    Jack M. Sleeth, Jr., Esq. (SBN 108638)
 3  jsleeth@as7law.com
    Michelle M. Pacis, Esq. (SBN 306549)
 4  mpacis@as7law.com
    2488 Historic Decatur Road, Suite 200
 5  San Diego, California  92106
    Telephone: 619-232-3122
 6  Facsimile: 619-232-3264

 7  Attorneys for Defendants MICHELLE
    O'CONNOR-RATCLIFF; T.J. ZANE
```

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>Defendants. | Case No.: 3:17-CV-02215-W-JLB<br><br>**DEFENDANTS MICHELLE O'CONNOR-RATCLIFF AND T.J. ZANE'S LIST OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**[Fed. Rule Civ. Proc., Rule 56]**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.d.1**.<br><br>Judge:   Hon. Thomas J. Whelan<br>Dept.:   3C<br>Date:    March 25, 2019<br><br>Action Date: October 30, 2017<br>Trial Date:  Not Set |

TO THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Defendants Michelle O'Connor-Ratcliff and T.J. Zane, hereby attach a true and correct copy of the following exhibit in support of its Motion for Summary Judgment:

///

///

///

///

1

AS7 Law San Diego/001350/000086/PL/S0425999.DOCX

# INDEX OF EXHIBITS

| EXHIBIT | DOCUMENT DESCRIPTION | PAGE Nos |
|---|---|---|
| A | Petition for Workplace Violence Restraining Order, dated October 21, 2014 | 1-128 |
| B | Special Motion to Strike the District's Petition, dated December 17, 2014 | 129-170 |
| C | Court's order denying the Special Motion to Strike the District's Petition, dated January 13, 2015 | 171-174 |
| D | Restraining Order, dated February 6, 2015 | 175-181 |
| E | Court's Order, dated April 10, 2015 | 182-190 |
| F | Court of Appeal's Order, dated October 26, 2016 | 191-213 |
| G | District's Memorandum of Costs on Appeal, dated March 10, 2017 | 214-215 |
| H | Abstract of Judgment, dated January 17, 2018 | 216-220 |
| I | Complaint against the District, dated December 2, 2014 | 221-231 |
| J | Statement of Damages, dated February 24, 2015 | 232-233 |
| K | Request for Dismissal, dated January 25, 2017 | 234-236 |
| L | Court's Judgment ordering Mr. Garnier to pay $4,804.00, dated April 7, 2017 | 237-243 |
| M | Federal Court Complaint against the District, dated October 21, 2016 | 244-258 |
| N | Court's Order of Dismissal, dated April 3, 2017 | 259-260 |
| O | Order of Dismissal, dated August 7, 2017 | 261-263 |
| P | Excerpts from Christopher Garnier's deposition transcript, dated November 27, 2018 | 264-276 |
| Q | Excerpts from Kimberly Garnier's deposition transcript, dated November 19, 2018 | 277-295 |
| R | Excerpts from T.J. Zane's deposition transcript, dated November 26, 2018 | 296-324 |
| S | Excerpts from Michelle O'Connor-Ratcliff's deposition transcript, dated November 20, 2018 | 325-353 |
| T | Kimberly Garnier's comments on T.J. Zane's Facebook campaign page | 354-356 |
| U | Christopher and Kimberly Garnier's comments on Michelle O'Connor-Ratcliff's Facebook campaign page | 357-510 |

AS7 Law San Diego/001350/000086/PL/S0425999.DOCX

| | | |
|---|---|---|
| V | Christopher Garnier's tweets and mentions of Michelle O'Connor-Ratcliff's Twitter campaign page | 511-522 |
| W | Christopher Garnier's tweets and mentions of T.J. Zane's Twitter campaign page | 523-525 |
| X | Kimberly Garnier's tweets and mentions of T.J. Zane's Twitter campaign page | 526-528 |
| Y | Spreadsheet which identifies each type of post and the number of times it was posted by each Plaintiff on each of the Defendants' social media pages | 529-540 |
| Z | C.V. of James Vaughn | 541-547 |
| AA | Administrative Regulation 1114(b). | 548-552 |

Dated: February 15, 2019                             ARTIANO SHINOFF

                                              By:  *s/* Michelle M. Pacis
                                                  Daniel R. Shinoff
                                                  dshinoff@as7law.com
                                                  Jack M. Sleeth, Jr.
                                                  jsleeth@as7law.com
                                                 Michelle M. Pacis
                                                 mpacis@as7law.com
                                      Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

ARTIANO SHINOFF

AS7 Law San Diego/001350/000086/PL/S0425999.DOCX