EXHIBIT "S"

Michelle O'Connor Ratcliff  11/20/2018

```
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    CHRISTOPHER GARNIER; and KIMBERLY        )
      GARNIER,                                 )
 5                                             )
                   Plaintiffs,                 )
 6                                             )
          vs.                                  )Case No.:
 7                                             )3:17-CV-2215-W-JLB
      POWAY UNIFIED SCHOOL DISTRICT et         )
 8    al.,                                     )
                                               )
 9                 Defendants.                 )
      _____)
10

11

12            DEPOSITION OF MICHELLE O'CONNOR-RATCLIFF,

13    taken by the attorney for the Plaintiffs, commencing at

14    the hour of 9:55 a.m. on Tuesday, November 20, 2018, at

15    4891 Pacific Highway, Suite 104, San Diego, California

16    92110, before Amanda Noel Marcos, Certified Shorthand

17    Reporter, No. 13965, in and for the State of California.

18

19

20

21

22

23

24

25
```

Michelle O'Connor Ratcliff  11/20/2018

1        Q       **Where?**

2        A       I practiced at the Legislative Counsel Bureau

3    in Sacramento and at Adler Law Group in Los Angeles.

4    Yeah.

5        Q       **Okay.   Is your history primarily transactional?**

6    **I mean your attorney history.**

7        A       In Sacramento it was mostly advisory to the

8    members of the legislature.

9        Q       **On policy issues and --**

10       A       Policies and statutes, uh-huh.   Yeah.   In Los

11   Angeles, that was a litigation firm.

12       Q       **Okay.   The position on the Poway school board**

13   **is an elected position, correct?**

14       A       Yes.

15       Q       **When did you first get elected to that office?**

16       A       November 2014.

17       Q       **Have you held any other elected offices**

18   **since -- at all in your career?**

19       A       Different type of election, but local community

20   elections, not on an official ballot.

21       Q       **You've never held another public office,**

22   **correct?**

23       A       No.

24       Q       **Okay.   And did you run for reelection this**

25   **month?**

Michelle O'Connor Ratcliff  11/20/2018

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And you won, yes? |
| 3 | A | Yes. |
| 4 | Q | Congratulations. |
| 5 | A | Thank you. |
| 6 | Q | Did you attend high school? |
| 7 | A | Yes. |
| 8 | Q | Where? |
| 9 | A | Mt. Carmel. |
| 10 | Q | What school district is that? |
| 11 | A | Poway Unified. |
| 12 | Q | And I assume you graduated? |
| 13 | A | I did. |
| 14 | Q | When was that? |
| 15 | A | 1993. |
| 16 | Q | And you went to college after high school, yes? |
| 17 | A | Uh-huh. |
| 18 | Q | Where did you go to college? |
| 19 | A | Stanford University. |
| 20 | Q | Did you graduate with a bachelor's degree? |
| 21 | A | Yes. |
| 22 | Q | Any other degrees from -- |
| 23 | A | No. |
| 24 | Q | Okay. And then you went to law school, right? |
| 25 | A | Uh-huh. |

Michelle O'Connor Ratcliff  11/20/2018

1       Q       How many?

2       A       One.

3       Q       Setting aside the one Facebook account you have

4    for family and friends, the private one, just talking

5    about your public Facebook and your Twitter accounts,

6    why do you have these social media?

7       A       They are both related to running for public

8    office.

9       Q       Do you use them after you've run for public

10   office?

11      A       I'm always running for public office.

12      Q       Perennial candidate?

13      A       That's how it works.

14      Q       So when you say you're always running for

15   public office, you mean based on -- once you're in

16   office, based on your record as a serving elected

17   official?

18      A       People remain interested in how you're

19   involved.  And if you're involved, if they continue to

20   see you being involved, they understand that -- I'll

21   talk about me.  They understand that I -- I'm doing a

22   good job.

23      Q       So you maintain these two social media accounts

24   so that the public can see the job you're doing?

25      A       So that I can try to win support.

Michelle O'Connor Ratcliff  11/20/2018

1    Q    For what, your policy positions?

2    A    Political office.  I would like to be

3    reelected.

4    Q    So you were elected in 2014?

5    A    Uh-huh.

6    Q    That's a yes?

7    A    Yes.  Sorry.  I forgot about the nod.

8    Q    So for roughly four years after you were

9    elected, you were -- let's say three and a half, you

10   weren't running for reelection, you were serving on the

11   board, right?

12   A    I was doing both.

13   Q    Okay.  So is it then fair to say that these two

14   social media accounts, your public Facebook and your

15   Twitter, you use not only for campaign purposes but for

16   government purposes?

17        MR. SLEETH:  Objection.  Compound.

18        MR. BRIGGS:  You can answer.

19        MR. SLEETH:  If you understand, you can answer.

20        THE WITNESS:  I use it for political purposes.

21   I'm not sure what you mean by government purposes.

22   BY MR. BRIGGS:

23   Q    When you say political, you mean in your role

24   as a member of Poway Unified's governing board?

25   A    I mean in my role as someone who wants to

Michelle O'Connor Ratcliff  11/20/2018

1    continue to be in public office.

2         Q    And you -- is the information that you post

3    there campaign material or is it material about the

4    operations of Poway Unified?

5         A    I would argue that they are one in the same.

6         Q    Okay.  Is there some sort of purpose that these

7    social media accounts serve beyond you simply

8    communicating with the public from the dais?  Let's say

9    20 years ago we didn't have social media.

10        A    Uh-huh.

11        Q    Right.  And yet people got reelected to office.

12   And the press would go to public meetings and watch

13   people perform.  And constituents and taxpayers and

14   residents would speak their mind before the decision

15   makers.  And the decision makers would act as they saw

16   fit.  And then they would be reevaluated when they came

17   up for reelection.  You would agree with my general

18   statement so far?  Is that a fair description?

19        A    There has always been mail.  Sure.

20        Q    Fair point.  So why do you see the need to be

21   using social media above and beyond what was used before

22   social media?

23        A    It's a wonderful venue.

24        Q    For?

25        A    Why not use it?

Michelle O'Connor Ratcliff  11/20/2018

```
 1      Q    Wonderful venue for what?

 2      A    I can tell people what I'm up to.

 3      Q    Anything else?

 4      A    They can read about what the district is up to.

 5   They can read about what I'm up to.

 6      Q    Do you use it to get feedback from people?

 7      A    I rarely get feedback in that forum.

 8      Q    But people are allowed to give feedback in that

 9   forum, correct?

10      A    Yes.

11      Q    People can post comments to your Facebook page?

12      A    Yes.

13      Q    And people can reply to your Twitter account,

14   right?

15      A    Yes.

16      Q    Okay.  Why do you allow members of the public

17   to post comments on your Facebook page?

18      A    Feedback is welcome, though, frankly it's more

19   of a bulletin board, at least that's how I use it, than

20   a feedback forum.

21      Q    Do you ever get information from anybody who

22   posts comments on your Facebook page?

23      A    Sometimes.

24      Q    Do you find their information useful?

25      A    Sometimes.
```

Michelle O'Connor Ratcliff  11/20/2018

1    Q    I think I know the answer to this, but let me
2  ask it clearly.  How many people have you blocked from
3  your Facebook page?
4    A    I believe three.
5    Q    The Garniers and Keith Wilson, correct?
6    A    Yes.
7    Q    Okay.  How many people have you blocked from
8  your Twitter account?
9    A    I believe it's only two there.  I don't think
10  Keith Wilson has a twitter account.
11    Q    Who are the two people blocked on your Twitter
12  account?
13    A    The Garniers, though I would have to double
14  check that.  I'm not certain that Mrs. Garnier is
15  blocked.
16    Q    Can we put a blank in the transcript here and
17  have you double check that?
18    A    Yes.
19    Q    You'll put yes if she is also blocked?
20    A    Certainly.
21    Q    No if she's not blocked?
22    A    I will have to double check, but yes.
23    Q    And when I say blocked, I mean at any time
24  between this moment of your deposition and when the
25  lawsuit was filed.  Okay?

Michelle O'Connor Ratcliff  11/20/2018

```
 1      A    The latter is much closer.

 2      Q    Did he use the "F" word?

 3      A    I don't recall.

 4      Q    Did he use the "N" word?

 5      A    I don't believe so.

 6      Q    Did he use the "C" word?

 7      A    Asking me which word he used is not going to

 8  help me remember exactly what he said.

 9      Q    Did you feel that your safety was at risk when

10  you read the e-mail or the message that he sent you?

11      A    No.

12      Q    Okay.  Did you report it to the police?

13      A    No.

14      Q    Did you report it to any authorities?

15      A    No.

16      Q    Okay.  Why is Chris Garnier blocked?

17      A    Chris has posted -- spammed my page multiple

18  times where he will post the identical item 42 times, 25

19  times, on unrelated posts, and thereby blocking out my

20  message that I'm trying to get across and blocking out

21  the use of my own Facebook page by me.

22      Q    Did you keep copies of those 42 times or 25

23  times?

24      A    Absolutely.

25      Q    Where are they?
```

Michelle O'Connor Ratcliff  11/20/2018

1     A    I believe you have copies.

2     Q    Okay.  You gave me all the copies, right?

3     A    I believe so.

4     Q    Okay.  So was it one message that he posted 42

5     times or 42 different messages?

6     A    Oh, there were -- I would not hazard to guess

7     how many times he's -- how many messages that he's

8     posted numerous times.  But one message, 42 times, yes.

9     There were two dozen other messages that he posted

10    anywhere between -- each one posted 10 to 30 times

11    within a five-minute period on as many posts as he could

12    put it on to block access to other people being able to

13    read my posts.

14    Q    How do you know that that was his intent?

15    A    That was the outcome.  Whatever his intent was,

16    the outcome was that in posting the same thing over and

17    over and over again in a very unrelated post, a post

18    about something that our students were doing at a school

19    site, as some wonderful event, he was blocking out

20    everyone else's ability to see what was going on.

21    Q    How does his post block out everyone else's

22    ability?

23    A    If you go to my Facebook page as a constituent,

24    as any interested party, you see the first post.  And

25    then when he has 20 posts, 20 comments after that first

Michelle O'Connor Ratcliff 11/20/2018

1    post, making it very difficult for other people to get

2    through.  They don't want to scroll through all of that,

3    the sheer number of times that he posted.

4        Q    How do you know they don't want to scroll

5    through it?

6        A    That would be the logical way things happen.

7        Q    Did you ever ask anybody whether they wanted to

8    scroll through it?

9        A    No.

10       Q    Okay.  So when you say they don't want to

11   scroll through it, you're guessing, right?

12       A    It's a logical conclusion.

13       Q    You have no basis from any person who wanted to

14   post to say that they didn't want to scroll through; is

15   that correct?

16            MR. SLEETH:  Objection.  Asked and answered and

17   argumentative.

18   BY MR. BRIGGS:

19       Q    You can answer again.

20       A    I'm going to take my lawyer's advice.

21       Q    He didn't give you any advice.  He just stated

22   an objection for the record.

23       A    I think I have answered that question.

24       Q    Okay.  You can't name a single person who has

25   told you that Mr. Garnier's posts on your Facebook page

Michelle O'Connor Ratcliff  11/20/2018

1    dissuaded them from posting on your Facebook page,

2    correct?

3        A    I'm not saying they dissuaded -- that his posts

4    dissuaded anyone else from posting.  They made it

5    difficult to view my posts because they would have to

6    scroll to such a degree.

7        Q    So it was difficult because they would have had

8    to grab the mouse and scroll down on the page?

9        A    It was difficult because they have to weigh

10   through that.  Some of his posts were easily this long

11   on a computer.  And when he posts that 42 times, yeah,

12   it is difficult to scroll through that.

13       Q    There is a comment window that appears

14   immediately below your posts, right?

15       A    Yes.

16       Q    So anybody who sees your post would just go

17   right to the comment window beneath your post, right?

18       A    They could.

19       Q    Okay.  Why is Mr. Garnier blocked on your

20   Twitter account?

21       A    Same behavior.

22       Q    What did he post on your twitter account?

23       A    And I -- I regret not screen shotting those

24   because Twitter operates differently than Facebook in

25   that once someone is blocked, everything disappears.

Michelle O'Connor Ratcliff  11/20/2018

1    But he posted the same identical things 200 times on

2    Twitter, 200 plus.

3        Q    What did he post?

4        A    I don't have a copy of that.

5        Q    When did he last post?

6        A    I don't have a date.  I'm not sure.

7        Q    Do you remember the subject matter of the post?

8        A    No.  Of my post?

9        Q    No, of what Mr. Garnier posted on your Twister

10   account.

11       A    No.

12       Q    Was it pornographic?

13       A    I don't believe so.

14       Q    Was it violent?

15       A    I don't know.  I don't think so.

16       Q    Was he using swear words?

17       A    I doubt it.

18       Q    Was he threatening your family?

19       A    I don't think so.

20       Q    So it dealt with policy matters at Poway

21   Unified?

22       A    I don't recall that.  I don't have a copy of

23   it.  It was the 200 plus times that he posted it that

24   was my issue.

25       Q    Over what period of time?

Michelle O'Connor Ratcliff  11/20/2018

1     A    Very short period.  Every time he did this.  He

2  would do it in about a five-minute period.

3     Q    He posted 200 times in a five-minute period?

4     A    The identical thing on every Twitter post I had

5  ever made on every tweet.

6     Q    So he responded to 200 separate tweets that you

7  made with the identical response; is that what you're

8  saying?

9     A    I think it -- they were not responses to my

10  tweets.

11     Q    What were they responses to?

12     A    I don't recall exactly what he said, but every

13  tweet was different from me.  His response was identical

14  on every one.

15     Q    But his response dealt with Poway Unified

16  subject matter?

17     A    I don't recall.

18     Q    Was there anything that would refresh your

19  recollection?

20     A    A copy of it.

21     Q    But you didn't keep one, right?

22     A    I did not.

23     Q    Did you ever tell Mr. Garnier that you were

24  blocking him from your Facebook account?

25     A    I don't think so.

Michelle O'Connor Ratcliff  11/20/2018

1      Q     Did you ever tell him you were blocking him

2    from your Twitter account?

3      A     I don't think so.

4      Q     Did you ever tell Kim Garnier that you were

5    blocking her from your Facebook account?

6      A     Not that I recall.

7      Q     Did you ever tell her that you were blocking

8    her from your Twitter account?

9      A     No.

10     Q     Do you know whether people who comment on your

11   Facebook account ever comment to each other?

12     A     No.

13     Q     You don't know?

14     A     I don't know.

15     Q     Okay.  Do you know whether people who comment

16   on your Twitter account ever comment to each other?

17     A     No, I don't.

18     Q     Okay.  Have you deleted any tweets since this

19   lawsuit was filed?

20     A     I don't think so.

21     Q     Have you deleted any content from your Facebook

22   page since this lawsuit was filed?

23     A     No.

24     Q     When did you block Mr. Garnier from your

25   Facebook page?

Michelle O'Connor Ratcliff  11/20/2018

1        A    I don't have the exact date.   I know that's

2    probably in the materials though.   It was in 2016.

3    Approximately June 2016.   I'm sure I could find that

4    exact date if you wanted to leave a blank space again.

5        Q    Let's put a blank space in and you can provide

6    the exact date.   Okay?

7        A    Uh-huh.

8        Q    Yes?

9        A    Yes.

10       (Information Requested: _____.)

11    BY MR. BRIGGS:

12       Q    When did you block Mrs. Garnier from your

13    Facebook page?

14       A    That I'm less sure of.

15       Q    If we put a blank --

16       A    I don't know how I would find that information.

17       Q    Okay.   Why did you block Mrs. Garnier from your

18    Facebook account?

19       A    She engaged in similar behavior to a lesser

20    degree, but posted repetitively the same exact post over

21    and over and over again.   And again, making it very

22    difficult for people who wanted to see what I was

23    writing to see it.

24       Q    Did she use profanity?

25       A    I don't believe so.

Michelle O'Connor Ratcliff  11/20/2018

1      Q      Did she make threats of violence toward anyone?

2      A      No.

3      Q      Were her posts pornographic?

4      A      No.

5      Q      Was she encouraging any sort of lawlessness?

6      A      Not that I recall.

7      Q      Was Mr. Garnier encouraging any sort of

8   lawlessness?

9      A      I'm not sure.  I don't think so.

10     Q      So Mrs. Garnier, like Mr. Garnier, was posting

11  things about Poway Unified, correct?

12     A      No, not always about Poway Unified.

13     Q      What were they about, if not Poway Unified?

14     A      They posted about their family many times.

15     Q      Okay.  What was it about their family?

16     A      A YouTube video link.

17     Q      Was it a YouTube video link about their

18  experiences with Poway Unified?

19     A      I don't know.

20     Q      Did you keep a copy of the YouTube video?

21     A      I know that the link is copied and I'm not sure

22  how many dozens and dozens of times.  So the link is in

23  the materials that you have on my Facebook.

24     Q      Could you provide the -- what's called the URL,

25  the www. etcetera link to the YouTube videos that you've

Peterson Reporting Video & Litigation Services                36

Michelle O'Connor Ratcliff  11/20/2018

1      A    I told you that, Mr. Wilson's comments.

2      Q    So why --

3      A    Comment at least.

4      Q    Why not just delete the Garniers' comments

5  instead of blocking them altogether?

6      A    Well, I suppose that was another option.

7      Q    Why didn't you pursue that option?

8      A    I didn't understand that to be a better option.

9  They both accomplish the same thing.

10     Q    Did you talk to anybody about the wisdom of

11  blocking the Garniers before you blocked them?

12     A    No.   I complained to Facebook about their

13  repeated spamming of my page.

14     Q    Did you call Facebook or did you use one of the

15  buttons on your Facebook account?

16     A    Yeah.

17     Q    Which one?

18     A    I assume it would be one of the buttons, I

19  think.

20     Q    When did you report them to Facebook?

21     A    More than once.

22     Q    When?

23     A    I don't have an exact date.

24     Q    Approximately?

25     A    I don't have that either.

Michelle O'Connor Ratcliff  11/20/2018

1      Q      Sometime since you were elected to office?

2      A      Yeah.  Sometime before I blocked them.

3      Q      Sometime between the election in November of

4  2014 and today, right?

5      A      Yes.

6      Q      Okay.  You didn't keep a copy of the report you

7  made to Facebook, correct?

8      A      Not a hard copy.  It may be that I could access

9  that.  I'm just not aware of how to do that.

10     Q      Let's put another blank in the transcript here.

11  And if you have access to it, you'll write yes and

12  provide a copy to your attorney.  And if you don't have

13  access to it, you'll write no.  Okay?

14     A      Okay.

15        (Information Requested: _____.)

16  BY MR. BRIGGS:

17     Q      With regard to your Twitter account, why not

18  mute Mr. Garnier on a tweet by tweet basis instead of

19  blocking his access altogether?

20     A      My understanding -- and again, I'm not an

21  expert at Twitter either.  But my understanding is that

22  muting only mutes him to me.  And he was disrupting

23  other people trying to look at my Twitter account by

24  making it difficult to see what else was going on in my

25  feed.

Michelle O'Connor Ratcliff  11/20/2018

1      Q    Who told you that other people were having

2  difficulty to see what was going on in your feed?

3      A    I have conversations with people all the time.

4      Q    Who told you?

5      A    I don't have an exact name.  I can't think of

6  an exact instance.

7      Q    You can't think of a single person who told you

8  that?

9      A    I'll think that over, but no, not offhand.

10     Q    Let's put a blank in the transcript here and

11 you can put the names of the people who have told you it

12 was difficult for them to read your tweets.  Okay?

13     A    I'll think about it.

14     Q    And then you'll put the answer of the names in

15 the blank, right?

16     A    Sure.

17     (Information Requested: _____

18 _____

19 _____.)

20 BY MR. BRIGGS:

21     Q    Okay.  Does Poway Unified have any involvement

22 of any kind in the creation of your Facebook website?

23     A    No.

24     Q    Does Poway Unified have any involvement of any

25 kind in the maintenance of your Facebook website?

Michelle O'Connor Ratcliff  11/20/2018

1          A     No.

2          Q     Does Poway Unified have any involvement of any

3     kind in the creation of your Twitter account?

4          A     No.

5          Q     Does Poway Unified have any involvement of any

6     kind in the maintenance of your Twitter account?

7          A     No.

8          Q     Who has a password to your Facebook account

9     other than you?

10         A     No one.

11         Q     Who has a password to your Twitter account

12     other than you?

13         A     No one.

14         Q     Have you ever let anybody other than yourself

15     post to your Facebook --

16         A     No.

17         Q     -- page?

18               And have you let anybody post to your Twitter

19     account?  And I should clarify.  When I say post, I mean

20     post content that requires a password.

21         A     No.

22         Q     You've never let anybody use your password to

23     either account to post content, correct?

24         A     No.  That's correct.  I have not.

25         Q     And you've never given anybody any

Michelle O'Connor Ratcliff  11/20/2018

1        A    I hadn't created it.

2        Q    Okay.  At what point did you decide to run for

3    reelection?

4        A    I was running for reelection for four years.  I

5    filed my paperwork officially before the deadline at the

6    end of July or beginning of August.  I can't remember

7    exactly the date on that.  You know there is always 80,

8    20.  80 percent I'm running.  20 percent I'm not.

9    Family decision.

10       Q    Why weren't you promoting your reelection on

11   your Facebook page in September of 2017?

12       A    I was.  Every post promotes my reelection.

13       Q    Explicitly?

14       A    No.  By showing the activities I'm involved

15   with.

16       Q    Do you have a website for your campaign

17   efforts?

18       A    Yes.

19       Q    What is the website?

20       A    Mor4pusd.com.

21       Q    Okay.  Is that website referenced anywhere on

22   Page 13 of 59 of the complaint?

23       A    No.  It didn't exist at that time.

24       Q    When did it come into existence?

25       A    Actually it might have been on here because

Michelle O'Connor Ratcliff  11/20/2018

1       Q       Okay.

2       A       Ish.  Maybe July.  I can't remember.

3       Q       Okay.

4       A       Is there a drinking fountain near the restroom?

5       Q       No, but we'll get you water.  Do you want ice

6    in it?

7       A       That would be great.  Thank you.

8       Q       Anybody else need something?

9               MR. SLEETH:  No.

10   BY MR. BRIGGS:

11      Q       I'll have you turn to Exhibit G which begins on

12   Page 28 of 59.  Take a look at those three pages, 28,

13   29, 30.  Are those pages a fair representation of what

14   somebody would have seen at your home page on Facebook

15   on October 26 of 2017?

16      A       I'm going to assume these are screen shots, so

17   probably, yes.

18      Q       And now turn a couple pages to Page 32 of 59

19   and you'll see that there begin 25 pages.  Do you

20   recognize those pages as coming from your Twitter

21   account as of October 26 of 2017?

22      A       Yes, it probably is.  It looks right.

23      Q       Okay.  Can you look through those 25 pages and

24   tell me which one of those tweets makes reference to

25   your reelection campaign?

Michelle O'Connor Ratcliff  11/20/2018

1        A    All of them.  All of them.  Not explicitly.

2        Q    And which of those tweets are intended to

3    provide information to the public about what's going on

4    at Poway Unified?

5        A    Probably most of them.

6        Q    Okay.

7        A    I do use my Twitter account slightly

8    differently, but most everything from Facebook would be

9    repeated closely, if not identically, on Twitter.

10       Q    What are the differences in your mind between

11   how you use your Facebook account and your Twitter

12   account?

13       A    There are different -- well, my Twitter account

14   because I follow a lot of the special education advocacy

15   groups out in the wide, wide world.  I often comment and

16   retweet their posts, so that I -- for my own reference,

17   so I can read them at my leisure and not lose them.

18       Q    Okay.

19       A    I don't do that on Facebook.

20       Q    So we're clear, your Twitter handle is

21   @mor4pusd, correct?

22       A    Yes.

23       Q    And your Facebook account is the same,

24   mor4pusd, correct?

25       A    Correct.

Michelle O'Connor Ratcliff  11/20/2018

1    "unhide" appears?

2        A    Yes.

3        Q    Have you ever clicked the "unhide" button for

4    any of the Garniers' posts?

5        A    I don't know.

6        Q    Have you ever clicked on the "hide" button for

7    any of the Garniers' posts?

8        A    I don't know if there is a "hide" button.

9        Q    You know there is an "unhide" button, correct?

10       A    I can see it.

11       Q    On the first post on Page 12 by Mr. Garnier, is

12   there something problematic about that post?

13       A    Only that it appeared approximately two dozen

14   other times on different posts that were completely

15   unrelated.

16       Q    Okay.  Take a look at the second post on Page

17   12.  Do you --

18       A    By Mr. Garnier or Mrs. Garnier?

19       Q    By Mr. Garnier.

20       A    Uh-huh.

21       Q    The second post by him that begins with your

22   name.  Is there something problematic about that post?

23       A    The number of times it appeared.

24       Q    Which is how many?

25       A    I would be hazarding a guess, but over a dozen.

Michelle O'Connor Ratcliff 11/20/2018

1  Q   I don't want you to guess.  Use your best

2  recollection.

3  A   A dozen.

4  Q   And then the third one by Mr. Garnier that

5  refers to the Golden Fleece Award, is there a problem --

6  A   Same problem.

7  Q   Repeated dozens of times?

8  A   (Witness nods head.)

9  Q   Yes?

10  A   Yes.

11  Q   Okay.  If you look through the pages you

12  provided, let's turn to Page 14, MOR000014.  You see a

13  post by Mr. Garnier that begins with your name?

14  A   Uh-huh.

15  Q   Yes?

16  A   Yes.

17  Q   Is there a problem with that post?

18  A   I believe that's the same one as the other page

19  as well, an example of how many times he posted the

20  identical thing.

21  Q   Okay.  And is your answer going to be the same

22  for all of his posts throughout these 111 pages?

23  A   There were very few that were not posted dozens

24  of times each.

25  Q   Okay.  Which ones were not posted dozens of

Michelle O'Connor Ratcliff 11/20/2018

1      A     I don't think so.

2      Q     Okay.  You don't recall any conversations with

3   anybody about Poway Unified blocking Mr. and

4   Mrs. Garnier on any social media account; is that your

5   testimony?

6            MR. SLEETH:  Objection.  Except for counsel?

7   BY MR. BRIGGS:

8      Q     Sorry.  Before this lawsuit was filed, you

9   don't recall any communication that you had as a member

10  of Poway Unified's governing board with anyone on the

11  subject of blocking Mr. and Mrs. Garnier from a Poway

12  Unified social media account; is that correct?

13     A     I'm trying to think about that.  And that goes

14  back four years.  I don't remember anything specific,

15  though I will reserve the possibility that that came up

16  in discussions with our lawyers under one of the many

17  lawsuits the Garniers have been involved with, with

18  Poway Unified.

19     Q     Is there something -- are there some notes or

20  something that you could look at to refresh your

21  recollection?

22     A     I don't take any notes.  Well, I didn't at the

23  time take any notes in closed session.

24     Q     Do you recall when it might have been if it

25  happened?

```
 1              C E R T I F I C A T E

 2

 3    I, AMANDA NOEL MARCOS, Certified Shorthand Reporter for

 4    the State of California, do hereby certify:

 5

 6    That the witness in the foregoing deposition was by me

 7    first duly sworn to testify to the truth, the whole

 8    truth and nothing but the truth in the foregoing cause;

 9    that the deposition was then reported by me in machine

10    shorthand and transcribed, through computer-aided

11    transcription, under my direction; and that the above

12    and foregoing transcript is a true record of the

13    testimony elicited and proceedings had at said

14    deposition.

15    Further, that if the foregoing pertains to the original

16    transcript of deposition in a Federal case, before

17    completion of the proceedings, review of the transcript

18    [ ] was [ ] was not requested.

19    I do further certify I am neither financially interested

20    in the action nor a relative or employee of any attorney

21    or party to this action.

22    In witness whereof, I have hereunto set my hand this

23    day of December, 2018.

24                    _____

25                         AMANDA NOEL MARCOS
                           C.S.R. NO. 13965
```