# EXHIBIT "Y"

| Michelle O'Connor-Ratcliff Facebook ||||||
|---|---|---|---|---|---|
| Date | Christopher comments | Comment | Kim comments | Comment | Hidden? |
| Saturday, July 23, 2016 | 2 | (x2) Ms. O'Connor-Ratcliff, will you allow the public to have input…? | 1 | Why are you blocking people who disagree… | yes |
| Thursday, July 21, 2016 | 1 | When will you meet with our family… | 2 | What you discovered a few weeks ago…; Such an important article… Link:voiceofsandiego.com | yes |
| Sunday, July 10, 2016 | 7 | Agreed Sir.; CELEBRATION! Good morning, last night…; This has nothing to do with Michelle…;Further mistreatment from Poway…; Ms. Gaby Dow, you know my respect…;Ms. Gaby Dow, Agreed ma'am.; I have a copy of the full audit….; | 1 | If only someone had warned the community… | yes |
| Thursday, June 9, 2016 | 3 | Michelle O'Connor-Ratcliff has attempted to hurt…; The "Golden Fleece" award…;Link: on.aol.com - "Poway Unified under fire…" | 1 | It seems as if PUSD World Tour 2016… | yes |
| Wednesday, June 8, 2016 | 2 | Michelle O'Connor-Ratcliff has attempted to hurt…;Link: on.aol.com - "Poway Unified under fire…" | 0 | | yes |
| Thursday, May 26, 2016 | 2 | Michelle O'Connor-Ratcliff has attempted to hurt…;Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign… | 0 | | yes |
| Wednesday, May 25, 2016 | 5 | Link: on.aol.com -"Poway Unified under fire…"; The "Golden Fleece" award…;You were asked to resign…;Link: nbcsandiego.com; Michelle O'Connor-Ratcliff has attempted to hurt… | 0 | | yes |

| | | | | | |
|---|---|---|---|---|---|
| Friday, May 20, 2016 | 3 | Michelle O'Connor-Ratcliff has attempted to hurt…;Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign…; The "Golden Fleece" award… | 1 | Link: change.org/..pusd-parents-and-community… | yes |
| Friday, May 20, 2016 | 3 | Michelle O'Connor-Ratcliff has attempted to hurt…;Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign…;Link: on.aol.com - "Poway Unified under fire…" | 1 | Link: change.org/..pusd-parents-and-community… | yes |
| Friday, May 20, 2016 | 3 | Michelle O'Connor-Ratcliff has attempted to hurt…;Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign…;Link: on.aol.com - "Poway Unified under fire…" | 1 | Sign and share this petition..change.org | yes |
| Thursday, May 19, 2016 | 2 | Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign…; Link: on.aol.com -"Poway Unified under fire… | 0 | | yes |
| Wednesday, May 18, 2016 | 1 | Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign… | 1 | Its time to resign… | yes |
| Wednesday, May 18, 2016 | 1 | Yesterday, Ms. Michelle O'Connor-Ratcliff, you were asked to resign… | 0 | | yes |
| Wednesday, May 11, 2016 | 1 | My black child… | 1 | She can celebrate Cesar Chavez… | yes |
| Thursday, March 31, 2016 | 1 | Your hypocrisy and bigotry… | 0 | | yes |
| Friday, March 11, 2016 | 1 | It's great to see Dr. Mel Robertson… | 0 | | yes |
| Saturday, March 5, 2016 | 1 | Daniel Shinoff represents… | 0 | | yes |
| Saturday, March 5, 2016 | 1 | Daniel Shinoff represents… | 0 | | yes |
| Wednesday, March 2, 2016 | 1 | Good morning ma'am… | 0 | | yes |

| | | | | | |
|---|---|---|---|---|---|
| Tuesday, February 23, 2016 | 2 | Daniel Shinoff represents…; Good morning ma'am…; | 0 | | yes |
| Sunday, February 21, 2016 | 4 | Daniel Shinoff represents…; Good morning ma'am…;Ha!!! There is nothing to do…; Is this a real post from the incomparable… | 0 | | yes |
| Sunday, February 21, 2016 | 4 | What time will you be there…; Daniel Shinoff represents…;So will we Mrs. O'Connor!...;Good morning ma'am… | 0 | | yes |
| Monday, February 15, 2016 | 5 | Good morning ma'am…;Daniel Shinoff represents…; Link: timesofsandiego.com - "Rev. Al Sharpton's..";Link: reportingsandiego.com- "Fairness Demands.." | 1 | Thank you! Former President Kimberley… | yes |
| Friday, February 12, 2016 | 4 | Good morning ma'am…; Kim Garnier and I can't wait…; Link:reportingsandiego.com-"Fairness Demands..";Daniel Shinoff represents… | 0 | | yes |
| Tuesday, February 9, 2016 | 1 | Daniel Shinoff… | 0 | | yes |
| Monday, February 8, 2016 | 2 | Daniel Shinoff..; Good morning ma'am.. | 0 | | yes |
| Sunday, February 7, 2016 | 2 | Daniel Shinoff..; Good morning ma'am.. | 0 | | yes |
| Tuesday, February 2, 2016 | 3 | (x2)Good morning ma'am…;Link:reportingsandiego.com- "Fairness Demands.." | 0 | | yes |
| Saturday, January 30, 2016 | 5 | (x2)Good morning ma'am…; Daniel Shinoff represents Poway…;Link: timesofsandiego.com - "Rev. Al Sharpton's..";Link: reportingsandiego.com- "Fairness demands.." | 0 | | yes |

3

| | | | | | |
|---|---|---|---|---|---|
| Saturday, January 30, 2016 | 6 | Daniel Shinoff represents Poway..; Good morning ma'am..; I'm not quite sure why..; Link: reportingsandiego.com- "Fairness demands..";I'm "glad" she shared it too..;Link: timesofsandiego.com - "Rev. Al Sharpton's... | 0 | | yes |
| Thursday, January 21, 2016 | 1 | Daniel Shinoff represents Poway | 0 | | yes |
| Monday, January 18, 2016 | 4 | Link: reportingsandiego.com (Fairness Demands..);Link: timesofsandiego.com (Rev. Al..);Good morning Ma'am..;To attain greatness... | 1 | MLK Speech - "I have a Dream" | yes |
| Thursday, December 31, 2015 | 5 | Good morning ma'am…;Daniel Shinoff represents…; John Collins, Poway…; Michelle O'conner-Ratcliff, newly appointed…; Link: Timesofsandiego.com | 1 | I hope 2016 sees a zero… | yes |
| Saturday, December 19, 2015 | 2 | Good morning ma'am…; Link:"Reportingsandiego.com" | 0 | | yes |
| Tuesday, December 8, 2015 | 3 | "Good morning ma'am…"Link:"Reportingsandiego.com"; Link:"timesofsandiego.com" | 0 | | yes |
| Sunday, November 29, 2015 | 3 | "Good morning ma'am…"Link:"Reportingsandiego.com"; Link:"timesofsandiego.com" | 1 | After seeing the district's response… | yes |
| Saturday, November 14, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Tuesday, November 10, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Monday, November 2, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Sunday, November 1, 2015 | 2 | (x2)Good morning ma'am… | 0 | | yes |

4

| | | | | | |
|---|---|---|---|---|---|
| Thursday, October 29, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Wednesday, October 28, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Tuesday, October 27, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Saturday, October 17, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Sunday, October 11, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Saturday, October 10, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Saturday, October 10, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Saturday, October 10, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Saturday, October 10, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Monday, October 5, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Wednesday, September 30, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Wednesday, September 30, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Thursday, September 24, 2015 | 1 | Good morning ma'am… | 1 | Wow!! A turn around… | yes |
| Saturday, September 12, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Friday, September 11, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Monday, September 7, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Wednesday, August 26, 2015 | 1 | Good morning ma'am… | 0 | | yes |

| | | | | | |
|---|---|---|---|---|---|
| Monday, August 24, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Saturday, August 15, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Friday, August 14, 2015 | 1 | Good morning ma'am… | 0 | | yes |
| Wednesday, August 12, 2015 | 1 | Superintendent John Collins… | 1 | Youtube link: "Black Marine" | yes |
| Saturday, August 8, 2015 | 2 | Superintendent John Collins…; John Collins has cost our community…; | 1 | Youtube link: "Black Marine" | yes |
| Thursday, August 6, 2015 | 2 | Superintendent John Collins…; John Collins has cost our community…; | 1 | Link: youtube.com - "Black Marine…" | yes |
| Thursday, August 6, 2015 | 2 | Superintendent John Collins…; John Collins has cost our community…; | 1 | Link: youtube.com - "Black Marine…" | yes |
| Wednesday, August 5, 2015 | 3 | Superintendent John Collins…; John Collins has cost our community…; Good morning ma'am… | 1 | Link: youtube.com - "Black Marine…" | yes |
| Tuesday, July 28, 2015 | 2 | Link: youtube.com - "Black Marine…"; Superintendent John Collins…; | 1 | Link: youtube.com - "Black Marine…" | yes |
| Monday, July 6, 2015 | 3 | Link: youtube.com - "Black Marine…"; Superintendent John Collins…; John Collins has cost our community… | 0 | | yes |
| Saturday, July 4, 2015 | 3 | Link: youtube.com - "Black Marine…"; Superintendent John Collins…; John Collins has cost our community… | 1 | Link: youtube.com - "Black Marine…" | yes |
| Friday, June 26, 2015 | 1 | Link: youtube.com - "Black Marine…" | 1 | Link: youtube.com - "Black Marine…" | yes |
| Tuesday, June 23, 2015 | 2 | Link: youtube.com - "Black Marine…"; Superintendent John Collins…; | 1 | Link: youtube.com - "Black Marine…" | yes |
| Monday, June 22, 2015 | 3 | Link: youtube.com - "Black Marine…"; Superintendent John Collins…; John Collins has cost our community… | 1 | Link: youtube.com - "Black Marine…" | yes |
| Friday, June 12, 2015 | 1 | Link: youtube.com - "Black Marine…" | 1 | Link: youtube.com - "Black Marine…" | yes |

| | | | | | |
|---|---|---|---|---|---|
| Wednesday, June 3, 2015 | 1 | Link: youtube.com - "Black Marine…" | 1 | Link: youtube.com - "Black Marine…" | yes |
| Sunday, May 24, 2015 | 1 | Link: youtube.com - "Black Marine…" | 1 | Link: youtube.com - "Black Marine…" | yes |
| Friday, May 22, 2015 | 1 | Link: youtube.com - "Black Marine…" | 0 | | yes |
| Friday, May 15, 2015 | 1 | Link: youtube.com - "Black Marine…" | 0 | | yes |
| Tuesday, April 28, 2015 | 1 | Link: youtube.com - "Black Marine…" | 0 | | yes |
| Saturday, April 25, 2015 | 1 | Link: youtube.com - "Black Marine…" | 0 | | yes |
| Wednesday, April 1, 2015 | 0 | | 1 | I'm looking forward to it. … | yes |
| Monday, March 30, 2015 | 0 | | 1 | Awesome job Stacey!... | yes |
| Thursday, March 12, 2015 | 1 | Thank you to all who came to… | 1 | While the President… | yes |

| TJ Zane Facebook | | | | | |
|---|---|---|---|---|---|
| Date | Christopher comments | Comment | Kim comments | Comment | Hidden? |
| Wednesday, June 15, 2016 | 0 | | 1 | If only someone had warned the community… | No |
| Friday, March 6, 2015 | 0 | | 1 | How many African american parents did you speak to?... | No |

| Michelle O'Connor-Ratcliff Twitter | | | | |
|---|---|---|---|---|
| Date | Christopher Mentions | Tweet | Kim Mentions | Tweet |
| Monday, October 30, 2017 | 1 | Link: https://briggslawcorp.wordpress.com/2017/10/30/poway-unified-school-district-activists-sue-district-board-president-and-board-member-for-violating-free-speech-rights/ | 0 | |
| Monday, October 16, 2017 | 101 | (x101) (mentioning numerous variety of people for each) "Working to assure Michelle O'Connor-Ratcliff loses her PUSD Board of Education seat in 2018. NO MOR for PUSD BOE 2018!!!" | 0 | |

| | | TJ Zane Twitter | | | |
|---|---|---|---|---|---|
| Date | Christopher Mentions | Tweet | | Kim Mentions | Tweet |
| Wednesday, August 30, 2017 | 0 | | | 1 | Why are you still working with the Dolinka Group @PowayUnified who stuck our community with the Billion Dollar CAB? |
| Wednesday, August 9, 2017 | 0 | | | 1 | @tjzane Why do you put crooked Superintendents before Military Vets? #militaryfamiliesagainsttjzane |
| Tuesday, August 8, 2017 | 0 | | | 3 | When will @tjzane admit he was wrong?  No more politics for a man who sided with a crooked superintendent instead of a Marine Corps Vet. ; When will @tjzane help the Military Vet that @JohnCollinsPUSD attacked? @PowayUnified; Why did @tjzane protect John Collins instead of Marine Corp Vet? @AbbieNews8 @KandissCronetv @760kfmb @10NewsHunt @RaoulFOX5 @sdutJenkins |

| | | | | |
|---|---|---|---|---|
| Thursday, February 15, 2018 | 6 | Sounds good President TZ Zane...I'll be patiently waiting for a call from Ms. McDowell. And speaking of litigation with the district, aren't you currently being sued for suppression of freedom of speech? Again, I'll wait to hear from Ms. McDowell. ; Sounds good President TZ Zane...I'll be patiently waiting for a call from Ms. McDowell. And speaking of litigation with the district, aren't you currently being sued for suppression of freedom of speech? Again, I'll wait to hear from Ms. McDowell.; Nice try...Mr. Zane, I've asked you for over 3 years and have sent hundreds of emails to meet with you as I have copies of them all. I haven't received an email from you. If that is the case, let me know when you are ready to meet. I'm always available to guide PUSD.; TJ Zane is speaking about issues of race? Isn't Zane the same person who had a Nazi sympathizer working for him? Zane does not care about historically marginalized students within PUSD. As a Black parent in the district, it sickens me that @KUSINews would allow Zane on the show.; How many Black people are in leadership positions within PUSD? How many Black people work at PUSD? As a Black man in the community with 3 children, I have asked Zane to meet with me on issues of race on multiple occasions and he has never agreed. I find his concerns disingenuous.; Which Black leaders in the community did Pres Zane or the district confer with? I'm perplexed as to how a predominantly White community can speak so confidently on issues that are highly offensive to students of color when you are not receiving guidance from the Black community. | 0 | |
| Tuesday, November 14, 2017 | 2 | Immoral leaders of the district are the catalyst to an immoral and unethical culture within the district. ; Link:cbs8.com - "Poway Unified: westview teacher admits…" | 0 | |

| Tuesday, October 31, 2017 | 2 | @tjzane Have you hired an attorney yet Trustee Zane? - Link:briggslawcorp.wordpress.com | 0 | |
|---|---|---|---|---|
| Monday, October 30, 2017 | 5 | (x5) Link: https://briggslawcorp.wordpress.com/2017/10/30/poway-unified-school-district-activists-sue-district-board-president-and-board-member-for-violating-free-speech-rights/ | 0 | |
| Monday, October 16, 2017 | 1 | Working to assure Michelle O'Connor-Ratliff loses her PUSD Board of Education seat in 2018. NO MOR for PUSD BOE 2018!!! | 0 | |