**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 1

| | | | |
|---|---|---|---|
| 1 | Q | And was that limited relationship amicable? | 09:17 |
| 2 | A | Absolutely. | 09:17 |
| 3 | Q | And at some time, did that change? | 09:17 |
| 4 | A | It did. | 09:17 |
| 5 | Q | Why? What happened? | 09:17 |
| 6 | A | Well, our former superintendent got in trouble | 09:17 |
| 7 | | for stealing money from our students at Poway Unified, | 09:17 |
| 8 | | and the more that I tried to reach out to the board to | 09:17 |
| 9 | | talk about it -- actually, leading up to him getting the | 09:18 |
| 10 | | five felonies charged against him, my wife and I were | 09:18 |
| 11 | | extremely instrumental to discovering his lack of | 09:18 |
| 12 | | morality and ethics, and I had anticipated or expected | 09:18 |
| 13 | | Mr. Zane to -- to do the right thing for the community, | 09:18 |
| 14 | | and there was plenty of times where he was lacking. | 09:18 |
| 15 | Q | All right. What happened that led you to | 09:18 |
| 16 | | understand that you were blocked? Tell me about the | 09:18 |
| 17 | | experience of learning that you were blocked. | 09:18 |
| 18 | A | Well, when you go to your elected official's | 09:18 |
| 19 | | page and you're no longer able to describe or talk about | 09:19 |
| 20 | | what's going on in the community, you realize that | 09:19 |
| 21 | | you're blocked. | 09:19 |
| 22 | | I'm not really quite sure of your question, | 09:19 |
| 23 | | Mr. Sleeth. I apologize. | 09:19 |
| 24 | Q | Was that on a particular day you realized that? | 09:19 |
| 25 | A | I -- you know, I really don't -- yeah, I'm sure | 09:19 |

17

| | | |
|---|---|---|
| 1 | there was a particular day, but I -- it's not that I | 09:19 |
| 2 | would go to T.J.'s page every single day and here was a | 09:19 |
| 3 | day. | 09:19 |
| 4 | Maybe I would post something one week and then | 09:19 |
| 5 | a week later would go by and then I would post something | 09:19 |
| 6 | else. | 09:19 |
| 7 | So to answer your question, I'm sure it was a | 09:19 |
| 8 | particular day. I just wouldn't know what particular | 09:19 |
| 9 | day that would be. | 09:19 |
| 10 | **Q Okay. But did you learn that you were blocked** | **09:19** |
| 11 | **from any other source than going to the page?** | **09:19** |
| 12 | A No, just going to the page. | 09:19 |
| 13 | **Q Okay. Was there some particular information** | **09:19** |
| 14 | **that you wanted to communicate to Mr. Zane that you were** | **09:19** |
| 15 | **not able to communicate because you were blocked?** | **09:20** |
| 16 | A Yes. There were multiple things. | 09:20 |
| 17 | If you're going to ask me something | 09:20 |
| 18 | specifically, I would say it probably had to do with | 09:20 |
| 19 | John Collins, our former superintendent, but the problem | 09:20 |
| 20 | lies, is that Zane at the time would never sit down and | 09:20 |
| 21 | have a conversation with me as me being one of his | 09:20 |
| 22 | constituents. | 09:20 |
| 23 | So if I would e-mail him, he wouldn't respond. | 09:20 |
| 24 | My other course of action to get his attention was | 09:20 |
| 25 | through a social media account. | 09:20 |

18

| | | |
|---|---|---|
| 1 | board and the cabinet. | 09:21 |
| 2 | Q  All right.  Did you ask the board for a | 09:21 |
| 3 | face-to-face meeting about the subjects that you were | 09:21 |
| 4 | interested in? | 09:21 |
| 5 | A  Multiple times. | 09:21 |
| 6 | Q  And did they ever give it to you? | 09:21 |
| 7 | A  Never. | 09:21 |
| 8 | Q  All right. | 09:21 |
| 9 | A  That's not true. | 09:21 |
| 10 | Kimberley Beatty always would give me a | 09:21 |
| 11 | meeting, and Charles Sellers would always give me a | 09:21 |
| 12 | meeting. | 09:21 |
| 13 | At the time, though, T.J. Zane would never | 09:21 |
| 14 | respond to me, and neither would Michelle O'Connor, and | 09:22 |
| 15 | at the time, there was a gentleman there by the name of | 09:22 |
| 16 | Andy Patapow, and he would never respond either. | 09:22 |
| 17 | Q  Did you send e-mails on the e-mail system to | 09:22 |
| 18 | T.J. Zane? | 09:22 |
| 19 | A  Multiple. | 09:22 |
| 20 | Q  All right.  Did you have any other method, | 09:22 |
| 21 | other than direct communication, e-mail, and the U.S. | 09:22 |
| 22 | mail, to communicate with the board? | 09:22 |
| 23 | A  Nope.  Those are the -- well, those are the | 09:22 |
| 24 | public places that you can communicate.  It would be | 09:22 |
| 25 | 100 percent inappropriate to try to contact them in a | 09:22 |

20

| | | |
|---|---|---|
| 1 | Q And how did you learn that you were blocked | 09:24 |
| 2 | from her Facebook account? | 09:25 |
| 3 | A The same way that I learned that I was blocked | 09:25 |
| 4 | from Mr. Zane's. | 09:25 |
| 5 | Q Okay. At some point, were you blocked from her | 09:25 |
| 6 | Twitter account? | 09:25 |
| 7 | A I was. | 09:25 |
| 8 | Q How did you learn about that? | 09:25 |
| 9 | A In the same capacity. I went to tweet or send | 09:25 |
| 10 | a tweet or -- I don't even know what the term is -- | 09:25 |
| 11 | respond on her Twitter feed and I was unable to. | 09:25 |
| 12 | Q And about when was that? | 09:25 |
| 13 | A I would say after 2016. Between 2016 and 2017. | 09:25 |
| 14 | Q Okay. Did you ever send e-mails to | 09:25 |
| 15 | Michelle O'Connor-Ratcliff? | 09:25 |
| 16 | A Multiple. | 09:25 |
| 17 | Q And did you attempt to set a meeting by | 09:25 |
| 18 | speaking to her at a board meeting? | 09:25 |
| 19 | A Numerous times. | 09:26 |
| 20 | Q Was there any particular information that you | 09:26 |
| 21 | wanted to communicate to either of these board members | 09:26 |
| 22 | on their Facebook or Twitter accounts that you were not | 09:26 |
| 23 | able to communicate in some other manner? | 09:26 |
| 24 | A So clarification of your question. | 09:26 |
| 25 | Q Sure. | 09:26 |

23

| | | | |
|---|---|---|---|
| 1 | Q | And were they -- was there -- was the timing | 09:44 |
| 2 | about the same? | | 09:44 |
| 3 | A | I would say so. | 09:44 |
| 4 | Q | And would it have been the same content? | 09:44 |
| 5 | A | I would say so. | 09:44 |
| 6 | Q | All right. On Page 10, there are posts by | 09:44 |
| 7 | Kim Garnier. In the center is a post from you, I think. | | 09:44 |
| 8 | A | Yes, sir. | 09:44 |
| 9 | Q | "Black Marine Pilot Called a 'Boy.'" | 09:44 |
| 10 | A | "Punished for Reporting it," yes. | 09:44 |
| 11 | Q | Yeah. That's a link; is that right? | 09:44 |
| 12 | A | Yes, sir. | 09:44 |
| 13 | Q | To an interview? | 09:44 |
| 14 | A | Yes, sir. | 09:44 |
| 15 | Q | Did you post that on T.J. Zane's Facebook | 09:44 |
| 16 | account? | | 09:45 |
| 17 | A | I would assume that I did when I had access to | 09:45 |
| 18 | it because this -- the interview was done prior to me | | 09:45 |
| 19 | being blocked. | | 09:45 |
| 20 | | MR. BRIGGS: Don't assume. | 09:45 |
| 21 | | THE WITNESS: Oh. | 09:45 |
| 22 | | MR. BRIGGS: You either know or you don't know. | 09:45 |
| 23 | | THE WITNESS: I don't know. | 09:45 |
| 24 | | MR. SLEETH: Okay. | 09:45 |
| 25 | | THE WITNESS: Thank you. | 09:45 |

35

| | | |
|---|---|---|
| 1 | Q What other Facebook -- I guess the word is | 09:47 |
| 2 | "accounts." | 09:47 |
| 3 | What other Facebook accounts did you post | 09:47 |
| 4 | messages on directed to T.J. Zane? | 09:47 |
| 5 | A Well, if this person told me that they weren't | 09:47 |
| 6 | Zane then I probably went back and said, oh, didn't | 09:47 |
| 7 | understand that, but the only -- the only thing that I | 09:47 |
| 8 | ever would have posted would be to -- to Zane, that -- | 09:48 |
| 9 | can you re -- reask your question? | 09:48 |
| 10 | Q Did you post messages to Zane on other people's | 09:48 |
| 11 | Facebook accounts? | 09:48 |
| 12 | A Yes, sir. | 09:48 |
| 13 | Q And how many other people? | 09:48 |
| 14 | A I don't know, sir. | 09:48 |
| 15 | Q All right. If you look at -- it turned | 09:48 |
| 16 | sideways for some reason -- 12. | 09:48 |
| 17 | A Right. | 09:48 |
| 18 | Q Is that a Facebook post that you did? | 09:48 |
| 19 | A Yes, sir. | 09:48 |
| 20 | Q Is that your picture there? | 09:48 |
| 21 | A Yes, sir. | 09:48 |
| 22 | Q All right. And are you confident you posted | 09:48 |
| 23 | that? | 09:48 |
| 24 | You -- | 09:48 |
| 25 | A Yes, sir. | 09:49 |

37

Christopher Garnier, 11/27/2018

| | | |
|---|---|---|
| 1 | Q  -- made that comment; it's not posting. | 09:49 |
| 2 | And do you know what Facebook account this is? | 09:49 |
| 3 | MR. BRIGGS: Objection. Calls for speculation. | 09:49 |
| 4 | You can answer if you know. | 09:49 |
| 5 | A  Krvaric Capital is an individual named | 09:49 |
| 6 | Tony Krvaric. He was a friend of Mr. Zane; both -- both | 09:49 |
| 7 | people within the political arena of San Diego. | 09:49 |
| 8 | MR. BRIGGS: For the court reporter's benefit, | 09:49 |
| 9 | that last name is spelled K-r-v-a-r-i-c. | 09:49 |
| 10 | BY MR. SLEETH: | 09:49 |
| 11 | Q  Why did you -- does it appear that this is | 09:49 |
| 12 | addressed to T.J. Zane by the opening line? | 09:49 |
| 13 | No, I take that back. I'm reading the whole | 09:49 |
| 14 | thing. | 09:49 |
| 15 | You're reporting to Mr. Krvaric that | 09:49 |
| 16 | T.J. Zane -- information about T.J. Zane. | 09:50 |
| 17 | A  Yes, sir. | 09:50 |
| 18 | Q  All right. Why communicate that to him? | 09:50 |
| 19 | A  Because he is well known in the political | 09:50 |
| 20 | circles in San Diego, the republican political circles | 09:50 |
| 21 | in San Diego, as is Mr. Zane. | 09:50 |
| 22 | Q  Look at Page 13. | 09:50 |
| 23 | No, I don't have a question for you there. | 09:50 |
| 24 | That would be a question for your wife that I didn't | 09:50 |
| 25 | ask. | 09:50 |

38

| | | |
|---|---|---|
| 1 | Q How does that -- how does that happen | 10:35 |
| 2 | mechanically? | 10:35 |
| 3 | A I don't know. | 10:35 |
| 4 | Q Isn't it necessary that you make that comment | 10:35 |
| 5 | separately twice? | 10:35 |
| 6 | A I don't know. | 10:35 |
| 7 | Q Was there ever a time when you cut and -- used | 10:35 |
| 8 | the cut tool to take out that message and then put it in | 10:35 |
| 9 | a different comment a second time? | 10:35 |
| 10 | A Where I took this particular message and cut it | 10:36 |
| 11 | out -- | 10:36 |
| 12 | Q And sent it again. | 10:36 |
| 13 | A If I did, again, it would be in a different | 10:36 |
| 14 | post, not in the same post. | 10:36 |
| 15 | Q Okay. On Page 45 -- | 10:36 |
| 16 | A Okay. | 10:36 |
| 17 | Q Oh, hang on. Maybe -- we've been -- I just | 10:36 |
| 18 | noticed that we've been talking about these documents as | 10:37 |
| 19 | if it was Facebook and these look like they're actually | 10:37 |
| 20 | maybe Twitter. So would you go back to Page 25? | 10:37 |
| 21 | A No, I believe these are Facebook. | 10:37 |
| 22 | Q They are? | 10:37 |
| 23 | MR. BRIGGS: So far, you've been looking at | 10:37 |
| 24 | Facebook. | 10:37 |
| 25 | THE WITNESS: Yeah, these are Facebook. | 10:37 |

67