**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 4

T.J. Zane 11/26/2018

1  know if all of them do or not.

2     Q    Okay. Do you understand that their residence
3  is within the geographic boundaries of Poway Unified?

4     A    Yes.

5     Q    Okay. Would you agree that as taxpayers and
6  parents, the Garniers have a legitimate interest in the
7  proper functioning of Poway Unified?

8     A    Sure. Yes.

9     Q    Do you have a Facebook website?

10    A    A Facebook page, yes.

11    Q    Okay. How many?

12    A    My personal page. I have my political page. I
13 have a business page. I have a nonprofit page. I
14 believe those are the only ones.

15    Q    So you have four actually; is that right?

16    A    Yeah. I guess you could say that.

17    Q    Okay. Which of those four do you use for Poway
18 Unified business?

19    A    My political page.

20    Q    Okay.

21    A    Well, not for Poway Unified business.

22    Q    For Poway Unified subject matter?

23    A    My political page.

24    Q    Okay. Your business page is limited to things
25 that are more or less dealing with your customer or your

T.J. Zane 11/26/2018

1  Q   Okay. Did you identify yourself on your
2  Facebook page as a political candidate or as a
3  government official?
4  A   Originally as a candidate. After getting sworn
5  in, the moniker was changed to reflect government
6  official. But the description of the page remained the
7  same inasmuch as it described the page as promoting my
8  political activities and the going on of the district.
9  Q   But your political activities dealt with Poway
10 Unified, correct?
11 A   Yes, inasmuch as I was running for reelection,
12 yes. They were limited to that, yeah.
13 Q   Is your answer the same for your Twitter
14 account? Why do you have a Twitter account?
15 A   I had a -- shoot. I don't know. I had a
16 Twitter account much longer, created much earlier than
17 2014. I don't know the year I established it. But I
18 think I was trying to get savvy to the technology maybe
19 and wanted to secure the handle before somebody else
20 did. So I just grabbed it.
21 Q   You wanted to be the real T.J. Zane?
22 A   Exactly. Right. Right. Right.
23 Q   Okay. Do you communicate with the public
24 through your Facebook page?
25 A   What do you mean by communicate?

T.J. Zane 11/26/2018

1   Q   You don't recognize them, you've never seen
2   them before today?
3   A   I don't think -- these don't look like anything
4   I produced.
5   Q   Have you seen them before today?
6   A   I don't think so.
7   Q   Okay.  So Pages 15 through 18, you don't know
8   about.  How about 1 through 14?  Are all of those true
9   and correct?
10  A   Yes, they all look familiar.
11  Q   I mean Bates numbers ZANE000001 through
12  ZANE000014.  Those are all correct?
13  A   Understood.  Yes.
14  Q   Okay.  I want to have you turn to -- let me ask
15  you this.  Has either of the Garniers -- I mean, Mr. and
16  Mrs. Garnier.  Has either of them ever posted anything
17  on your Facebook page or Twitter page that you thought
18  was violent or threatening?
19  A   No.
20  Q   Has either of them ever posted anything to any
21  of your social media accounts that you thought was
22  obscene?
23  A   No.
24  Q   Has either of them ever posted anything that
25  you found objectionable?

T.J. Zane 11/26/2018

```
 1   settings for the political page.
 2       Q    But you understand that they're screen shots
 3   from different sections of your Facebook page, right?
 4       A    Right.  The one ending in 000003 is from my
 5   personal settings.  And 000004 is for the Zane for
 6   School Board page.
 7       Q    Yes.  But you don't have -- the one ending in 3
 8   actually has a link for blocking in the left-hand side?
 9       A    That's correct.
10       Q    And the one on Page 4, you've not provided a
11   comparable screen shot?
12       A    The settings pages for your personal page and
13   your page --
14       Q    Political page, let's call it.
15       A    The layout is different.  The look it
16   different.
17       Q    Is your personal page the administrator for
18   your political page?
19       A    I'm the administrator for the political page.
20   I don't know what that means as far as --
21       Q    Do you understand that you couldn't have the
22   political page without having a personal page?
23       A    I don't know for sure, but that's probably
24   correct.  I don't know.
25       Q    I'm not asking you to believe me.  I'm asking
```