ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Jesse B. Basel, Esq. (SBN 285008)
jbasel@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br><br>Defendants. | Case No.: 3:17-CV-02215-DMS-JLB<br><br>**DEFENDANTS' DISCLOSURE AND REQUEST FOR RECUSAL**<br><br>Trial date: July 20, 2020 |

## I.   INTRODUCTION

This matter is before Judge Dana M. Sabraw and scheduled for trial on July 20, 2020. Plaintiffs, husband and wife, CHRISTOPHER GARNIER and KIMBERLY GARNIER, sued the Defendants, MICHELLE O'CONNOR-RATCLIFF ("MOR") and T.J. ZANE ("Zane"), two elected school board members, under the First Amendment, pursuant to 42 U.S.C. section 1983, and the California Constitution, because the board members blocked the couple from posting on their social media accounts. Defendants were "spammed" and inundated by these messages on their social media accounts. Overall, this is a continuation of a long series of lawsuits between the Plaintiffs and the District.

On the evening of July 19, 2020, our office was informed by Plaintiff's counsel that Plaintiff Christopher Garnier had a history between "Judge Sabraw's wife similar to what is alleged in this lawsuit." Defendants and our office were unaware of any of this history between Plaintiffs and Judge Sabraw's wife. We are curious why this information was revealed immediately before trial.

## II.     REQUEST FOR RECUSAL

Pursuant to 28 U.S.C.A. § 144, "[w]henever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding." (28 U.S.C.A. § 144.)

Plaintiffs' counsel e-mailed our office late in the evening on July 16, 2020, and stated "I just learned that there is a history between my clients and Judge Sabraw's wife similar to what is alleged in this lawsuit. I think I need to disclose it to the judge on Friday. I just found out a few moments ago."

This revelation has created a scenario that could create a bias in the matter. A similar history between the wife of Judge Sabraw creates an unfortunate scenario that a personal bias exists and another judge should be assigned to hear the matter. Good cause exists for Defendants to file this affidavit now as they have just become aware of the information revealed by Plaintiffs' counsel.

Additionally, communications with the spouse of the Judge presiding over a matter is highly inappropriate.  A person aware of these facts might reasonably entertain a doubt that the judge would be able to be impartial. Given the situation created by Plaintiffs, a recusal would be the proper course of action under 28 U.S.C.A. § 144.

This affidavit and request was made in good faith and in a timely manner upon receiving the information from Plaintiffs' counsel.

///

///

AS7 Law San Diego/001350/000086/SH/S0475144.DOCX

ARTIANO SHINOFF

### III.   CONCLUSION

Given the information from Plaintiffs' counsel regarding the "similar history" to our matter and that between Plaintiff and Judge Sabraw's wife, Defendants request a recusal under 28 U.S.C.A. § 144, and for the matter to be assigned to another judge.

Dated: July 17, 2020                                         ARTIANO SHINOFF

By:  s/ Jack M. Sleeth
Daniel R. Shinoff
dshinoff@as7law.com
Jack M. Sleeth, Jr.
jsleeth@as7law.com
Jesse Basel
ibasel@as7law.com
Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF: T.J. ZANE

# CERTIFICATE OF SERVICE

Case Name: *Garnier, et al. v. Poway Unified School District, et al.*
Case No.: 3:17-CV-02215-DMS-JLB

I hereby certify that on July 17, 2020, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system:

**DEFENDANTS' DISCLOSURE AND REQUEST FOR RECUSAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2020, at San Diego, California.

By: s/ Jack M. Sleeth Jr.

Jack M. Sleeth Jr., Esq.
2488 Historic Decatur Road,
Suite 200
San Diego, California 92016
Tele.: (619) 323-3122
Email: jsleeth@as7law.com
Attorneys for Defendants MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE

ARTIANO SHINOFF

i

**CASE NO.: 3:17-CV-02215-DMS-JLB**

AS7 Law San Diego/001350/000086/SH/S0475144.DOCX