UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br>POWAY UNIFIED SCHOOL DISTRICT; MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE and DOES 1 through 1000,<br>　　　　　　　　　　　Defendants. | Case No.: 3:17-cv-02215-BEN-JLB<br><br>**ORDER GRANTING REQUEST FOR VIRTUAL APPEARANCE**<br><br>**[Doc. No. 71]** |

Defendants have requested one of their counsel, Jack M. Sleeth Jr., be allowed to appear virtually for the trial scheduled to begin on September 21, 2020. ECF No. 71. Good cause appearing, the request is **GRANTED**. Mr. Sleeth should login to Zoom and access the meeting information provided below before 9:00 AM on September 21, 2020:

1. **Meeting ID: 160 004 9034**
2. **Passcode: 140310**

This request is granted contingent on Defendants having other counsel appear in person at the trial. The Court may withdraw its consent to videoconference appearance should technical limitations impact the proceedings.

**IT IS SO ORDERED.**

Dated: September 18, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1