FILED
FEB 22 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE O'CONNOR-RATCLIFF; and THOMAS JOSEPH ZANE,<br><br>Defendants. | Case No.: 3:17-cv-02215-BEN-JLB<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>[ECF Nos. 93, 94] |

This case is currently on appeal before the Ninth Circuit. *See* Notice of Appeal, ECF No. 99. Accordingly, Plaintiffs' Motion for Attorney's Fees is DENIED without prejudice to Plaintiffs' refiling their motion after the appeal has concluded.

**IT IS SO ORDERED.**

Date: February 22, 2021

HON. ROGER T. BENITEZ
United States District Judge