

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE O'CONNOR-RATCLIFF; and THOMAS JOSEPH ZANE,<br><br>Defendants. | Case No.: 3:17-cv-02215-BEN-JLB<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO RE-TAX COSTS**<br><br>[ECF No. 108] |

This case is currently on appeal before the Ninth Circuit. *See* Notice of Appeal, ECF No. 99. The grounds for appeal implicate any decision the Court would render on Defendants' Motion to Re-Tax Costs. ECF No. 108. Accordingly, Defendants' Motion to Re-Tax Costs is **DENIED without prejudice** to Defendants' refiling their motion after the appeal has concluded. The renewed motion must be filed within seven days of the date the Mandate issues from the Ninth Circuit. *See* Fed. R. Civ. P. 54(d)(1).

**IT IS SO ORDERED.**

Date: April 5, 2021

HON. ROGER T. BENITEZ
United States District Judge

1

3:17-cv-02215-BEN-JLB