UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER; and KIMBERLY GARNIER,<br><br>        Plaintiffs,<br>v.<br>MICHELLE O'CONNOR-RATCLIFF; and THOMAS JOSEPH ZANE,<br><br>        Defendants. | Case No.: 3:17-cv-02215-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PLAINTIFFS' DEADLINE FOR FILING MOTION FOR AWARD OF ATTORNEY FEES**<br><br>**[ECF No. 114]** |

  Before the Court is the parties' Joint Motion seeking an extension of time for Plaintiffs to file a motion for an award of attorneys' fees. ECF No. 114. The parties argue that Plaintiffs have two pending motions before the Ninth Circuit Court of Appeals, including: (1) Plaintiffs' prior Motion for Attorneys' Fees, and (2) Plaintiffs' Motion to Transfer the Issue of Attorneys' Fees on Appeal to this Court. *Id.* at 1. The parties seek to extend the time for Plaintiffs to file until thirty (30) days after the Ninth Circuit rules on Plaintiffs' motions. *Id.* at 2. The parties argue that "[i]n light of Plaintiffs' pending motions in the Court of Appeals and the uncertainty – in the absence of the relief requested by this motion – the parties and this Court could have to spend time on matters that will subsequently be decided by the Court of Appeals." *Id.* at 1–2.

1 | Finding good cause, the Court **GRANTS** the Joint Motion.  Plaintiffs' deadline to
2 | file a motion for an award of attorneys' fees is extended until thirty (30) days after the
3 | Ninth Circuit rules on the pending motions, referenced above.
4 | **IT IS SO ORDERED.**
5 | Dated: September 6, 2022

_____
**HON. ROGER T. BENITEZ**
United States District Judge