1 BRIGGS LAW CORPORATION [FILE: 1891.03]
Cory J. Briggs (SBN 176284)
2 cory@briggslawcorp.com
99 East "C" Street, Suite 111
3 Upland, CA 91786
Telephone: 909-949-7115
4
Attorneys for Plaintiffs Christopher Garnier
5    and Kimberly Garnier

8 UNITED STATES DISTRICT COURT
9 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER *et al.*, | CASE NO. 17-CV-2215-BEN(JLB) |
| Plaintiffs, | **JOINT MOTION TO POSTPONE HEARING DATE ON PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES** |
| vs. | |
| POWAY UNIFIED SCHOOL DISTRICT *et al.*, | Action Filed:   October 30, 2017 |
| Defendants. | Courtroom:     5A |

Plaintiffs Christopher Garnier and Kimberly Garnier ("Plaintiffs") and Defendants Michelle O'Connor-Ratcliff and Thomas Joseph (T.J.) Zane ("Defendants") jointly move the Court for an order postponing the hearing date on Plaintiffs' motion for an award of attorney fees from November 28, 2022, to March 20 or 27 (as the Court prefers), 2023.

Although Plaintiffs have already filed their opening papers and Defendants have filed their opposition, Defendants have also filed a petition for writ of *certiorari* to the United States Supreme Court. Action on the petition is not expected until the end of January or beginning of February 2023.

To reduce the expense of re-writing and re-filing Plaintiffs' motion for an award of attorney fees once the Supreme Court has taken final action on the *certiorari* petition,

the parties prefer to postpone the hearing date to March 20 or 27, 2023.  If the *certiorari* petition is granted, then Plaintiffs will withdraw their motion without prejudice until 60 days after the Supreme Court's action on the petition becomes final.  If the *certiorari* petition is not granted, then Plaintiffs will simply update the amount of fees being requested (to account for their legal bills in connection with the petition) as part of their reply papers for the pending motion and Defendants will be allowed to challenge the time spent by Plaintiffs' attorneys on the petition (if Defendants elect to do so).

      Accordingly, the parties ask the Court to enter an order postponing the hearing date on Plaintiffs' motion for an award of attorney fees to March 20 or 27, 2023, so that they may proceed as described above.

Date: November 8, 2022.            Respectfully submitted,

BRIGGS LAW CORPORATION

By:   s/ Cory J. Briggs

Attorneys for Plaintiffs Christopher Garnier and Kimberly Garnier

ARTIANO SHINOFF

By:   s/ Jack M. Sleeth, Jr.

Attorneys for Defendants  Michelle O'Connor-Ratcliff and T.J. Zane